# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **GREAT SOUTHLAND LIMITED,** | : | |
| Plaintiff, | : | Case No.: 2:17-CV-719 |
| v. | : | Judge Sarah D. Morrison |
| **LANDASH CORPORATION,** *et al.* | : | Magistrate Judge Jolson |
| Defendants. | : | |

## ORDER

This matter is before the Court for consideration of a Report and Recommendation ("R&R") issued by Magistrate Judge Jolson on June 24, 2020. (ECF No. 152). The time for filing objections has passed, and no objections have been filed.[1] Therefore, the Court **ADOPTS** the R&R. For the reasons set forth in the R&R, default judgment is hereby entered against Defendants Giant Tyres USA, LLC; Midwest Coal, LLC; A&B Retreading, LLC; Adkins Tire, LLC; Elephant OTR, LLC; Rebekah Holding; Knight Nguyen Investments; Jason Adkins; and Rebekah Adkins in an amount to be determined after resolution of all claims.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**

---

[1] Defendants XPO Logistics, Inc. and XPO Global Forwarding, Inc. ("XPO") filed a response (ECF No. 153) to the R&R disputing any attempt to impute the defaulting parties' liability to XPO. The response did not object to the R&R.