# EXHIBIT 2

CONFIDENTIAL

**Rebuttal of the Expert Report of Gerald Sabino**

**in the Case of**

**Great Southland Limited**

**v.**

**Landash Corporation, *et al.***

**CONFIDENTIAL**

**By David Steven Jacoby**

**June 25th, 2021**

CONFIDENTIAL

# Contents

1   Overview ................................................................................................................ 3

2   Introduction .......................................................................................................... 6

3   My Assessment of the Points Raised by Gerald Sabino ........................................... 9

4   Appendix: Summary Biography of David Steven Jacoby ...................................... 16

5   Appendix: Resume of David Jacoby .................................................................... 17

CONFIDENTIAL

# 1 Overview

## 1.1 Brief Executive Summary

I was asked to offer an analysis and an opinion, based on my background and experience in supply chain management, on the points made in the Expert Report of Gerald Sabino, in the context of whether and to what degree XPO may have been responsible for the actions of Afif Baltagi, in his capacity as XPO's Branch Manager of XPO's Houston, Texas facility, in the Ponzi scheme orchestrated by Jason Adkins.

I reviewed the Sabino report made available to me by Carlile Patchen & Murphy LLP. I consulted some of my prior client files, and did a small amount of web research.

Based on my review and my experience, it seems that Sabino's points reduce to five arguments, which are incorrect and misleading.

1. "It's GSL's fault for being naïve and gullible."

2. "It's the warehouse's fault."

3. "The documents were unauthorized by XPO."

4. "Disputes of cargo ownership are normal."

5. ""Audits would not have stopped the crime."

In my view, XPO's actions and inactions enabled this fraud, and cannot legitimately offload the liability to other parties, for the following reasons:

1. GSL reasonably relied upon XPO's representations.

2. The warehousing distinction is false and misleading.

3. The documents were authorized by XPO since they came from a bonafide XPO employee through an official XPO email account.

4. Disputed ownership of cargo is highly unusual and should have triggered a security audit.

5. A security audit would probably have uncovered the fraud.

## 1.2 My Professional Background

I have been consulting for 32 years in supply chain management, operations strategy and performance improvement, primarily in the transportation, logistics, energy, and automotive sectors. Much of my work has consisted of benchmarking and industry best practices studies. My clients have included transport and logistics companies such as UPS, FedEx, Iron Mountain, CSX, Jacksonville Port Authority, and Amtrak, as well as shippers including A.T. Cross, Mercedes-Benz, and General Motors. I've also consulted to information systems providers such

CONFIDENTIAL

as SAP, and government agencies such as the U.S. Department of Transportation and the New York City Housing Authority.

Before founding Boston Strategies International, I served as a consultant in the logistics, transportation, procurement, operations management, and supply chain management practices of management consulting firms including Kearney, Temple Barker & Sloane (now Oliver Wyman) and a boutique firm called Carlisle, Fagan, Gaskins & Wise. I also taught Operations Management at Boston University's graduate school of business.

I wrote *Guide to Supply Chain Management* (The Economist, 2009) and other books on supply chain management, logistics and trade. I also wrote both the Shippers Compliance in Freight Transportation & Logistics and the Carrier Compliance in Freight Transportation & Logistics chapters for the Governance, Risk, and Compliance Handbook (Tarantino, 2006), and have contributed several hundred speeches, articles, white papers, and webcasts for publications such as Supply Chain Management Review, Supply Chain Quarterly, and the Transportation Research Board.

My supply chain certifications include: Certified Fellow in Production and Inventory Management (CFPIM), Certified Supply Chain Professional (CSCP), Certified in Integrated Resource Management (CIRM), Certified in Purchasing Management (Lifetime C.P.M.), and Certified in Transportation and Logistics (C.T.L.), among others.

## 1.3   Retention for This Matter

I was retained by Carlile Patchen & Murphy LLP in March 2021. I am compensated at a rate of $550 per hour. The fees I receive are not contingent on the outcome of this litigation. To my knowledge there is no conflict of interest between my work on this case and any other work I am doing or have ever done.

## 1.4   Materials Reviewed

The electronic file conveyed to me regarding this matter of Gerald Sabino's expert report was named "Scan_0023 (3) (1).pdf" In addition, I referenced some of the documents that were previously cited in my June 14 report, notably:

- Hodgson Volume 1 + Exhibiits

- Muzi, Dominic (8-12-19), 902

- Shook, Max (8-22-2019),

I also did a small amount of research on cargo claims, Incoterms, and how some other some global freight forwarders operate.

CONFIDENTIAL

## 1.5   Citation Formats and Report Updation

For clarity this report cites references to deposition and other discovery material where such references may be useful. For brevity I inserted these citations parenthetically using the format "(Deponent's Name or source file name, page number of the pdf source file)," for example (Komsky, 32). Unless these references apply to a specific sentence or phrase, I placed them at the end of paragraphs for easier readability. If multiple citations apply to the paragraph I used a semicolon to separate them, for example (Musetti, 11; Hodgson, 117). External references are cited as footnotes.

I reserve the right to supplement this report should new information become available to me.

*[signature]*

David Steven Jacoby

CONFIDENTIAL

## 2  Introduction

While it appears that Sabino issues 27 distinct opinions in his report – there are 19 numbered points, of which one has seven subpoints and another has three subpoints – many of them are overlapping, and collectively they boil down to five:[1]

1. "It's GSL's Fault for Being Naïve and Gullible; They Should Have Known Better." (Sabino's points numbered 1a, 1b, 1c, 1f, 1g, 2a, 2b, and 18)

   This is not true. Companies involved in international trade typically entrust freight forwarders and other specialists with documentation pertaining to their international transactions, based on the fact that shipping documentation and letters of credit involve many specialized steps that forwarders need to be expert about, but their customers do not. Although this particular transaction may not have involved international shipping, many of the tire transactions evidently did, so it would not be out of the ordinary for GSL to use a forwarder instead of arranging the cargo shipments themselves to offload the technical burden and complexity of international shipping documentation and compliance requirements. Also, GSL had gone through the typical vetting process for XPO and, based on the Houston facility tour, placed its trust and confidence in XPO to satisfactorily execute whatever paperwork was necessary for the end-to-end process, which it purported to be able to handle.

2. "It's the Warehouse's Fault Since the Tires Were in Their Custody." (points 1d, 1e, 3, 4, 17, and 19)

   This is wrong because XPO implicitly represented itself as accepting the terms of the whole transaction, from Step 1 (Landash Corporation receives a purchase order (PO) from the buyer) through Step 15 (GSL pays Landash) on February, 2016 when Baltagi led Dave Hodgson of GSL through the Roadmaster warehouse (Hodgson Volume 1 + Exhibiits, 357)  and on March 14, 2016 when Baltagi wrote "Below is understood" to the 15-step transaction involving XPO (Hodgson Volume 1 + Exhibiits, 408). There were no separate Terms and Conditions proposed or executed for warehousing, loading, unloading, or inspection. Furthermore, any large shipper might assume or trust XPO (if told) that it controlled the warehouse, even if it was operated by another party.

3. "The Documents Were Unauthorized by XPO." (point 5)

   This is wrong because the problematic documents seem to have been issued from a bonafide XPO employee through XPO-controlled facilities and XPO-controlled email IDs, who was supervised by XPO management, and XPO is responsible for the safety, security, and integrity of representations made by its employees and authorized subcontractors.

---

[1] The rest of his points appear to be either technical clarifications or counter-arguments.

CONFIDENTIAL

4. "Disputes of Cargo Ownership are Normal." (point 15)

This is not true. Loss & Damage is normal, and is typically measured by logistics companies. However, two parties disputing ownership of the same cargo is unusual. Four parties disputing the same tires is extremely unusual.

5. "Audits Would Not Have Uncovered the Fraud."(point 14).

Sabino takes a narrow, and undefined, view of audits. In my experience, audits can encompass a very wide range of measures, from interviews and interrogations to physical and software surveillance. Depending on the nature and timing of the audit(s), they may have uncovered the fraud.

I disagree with these assessments. In my opinion:

1. GSL Reasonably Relied Upon XPO's Representations

   a. GSL relied upon XPO's representation of its scope of activities.

   b. GSL acted reasonably in entrusting XPO with the details of the transaction; it had undertaken and completed its due diligence of XPO based on the Houston tour, so assumed XPO was competent.

   c. The documents' abnormalities were relatively technical in nature.

   d. International customers usually entrust their forwarder with details pertaining to documentation and compliance.

2. The Warehousing Distinction is False and Misleading.

   a. XPO represented itself as responsible for full-service logistics support in this transaction.

   b. There was one set of terms and conditions.

   c. The warehouse was not obviously separate from XPO.

3. The Documents Were Authorized by XPO Since They Came from a Bonafide XPO Employee Through an Official XPO Email Account.

4. Disputed Ownership of Cargo is Highly Unusual and Should Have Triggered a Security Audit.

5. A Security Audit Would Probably Have Uncovered the Fraud.

CONFIDENTIAL

**Figure 1: Summary of Responses to the Analysis of Gerald Sabino**



CONFIDENTIAL

# 3  My Assessment of the Points Raised by Gerald Sabino

## 3.1  GSL Reasonably Relied Upon XPO's Representations.

### 3.1.1  GSL relied upon XPO's representation of its scope of activities.

Baltagi's act of walking Hodgson through the facility misled Hodgson to believe that XPO controlled the warehouse, and all the storage, loading, unloading, etc. that took place within and around it, regardless of whether or not it was the day-to-day operator.

### 3.1.2  GSL acted reasonably in entrusting XPO with the details of the transaction; it had undertaken and completed its due diligence of XPO based on the Houston tour, so assumed XPO was competent.

Sabino assumes GSL should have critiqued each document supplied by XPO. However, once GSL had completed due diligence on XPO and chosen to work with the company, they would not have scrutinized every document. Once any customer establishes trust with a vendor, they are inclined to trust the vendor to take care of their business.

Customers typically prequalify their vendors based on a threshold criteria like size or registered capital. Then they down-select the companies based on soft factors such as the solidity of their reputation or the strength of their relationships. Finally, to make a final selection they take a plant or warehouse tour to confirm their decision. Once they make a decision on a supplier, they entrust that supplier with their business. After the tour and final decision has been made, normally people don't question or critique their vendors. They trust them to do what they are hired to do.

This is exactly what happened between GSL and XPO. GSL went through the three steps mentioned above, and after its due diligence was complete, GSL turned its attention to getting the transaction done, so it was no longer critiquing or questioning what XPO provided to them.

- GSL selected XPO based on its size. "We know them by reputation as being huge." (Hodgson Volume 1 + Exhibiits, 103)

- Then they used pre-existing relationships (Adkins) to find a personal contact there. "They brought XPO to the deal.· Right? A: Yes." (Hodgson Volume 1 + Exhibiits, 104)

- Finally, Hodgson toured the Houston warehouse to validate the choice. Based on the tour, GSL confirmed its decision to go with XPO and its supplier selection process was over ("And obviously, I wanted to establish that Afif was a branch manager, as he was held out to me as, and that he was going to understand my part of the deal and exactly the fact that I owned the tires and he had to take my instruction.") (Hodgson Volume 1

+ Exhibiits, 180)

### 3.1.3   The documents' abnormalities were relatively technical in nature.

The abnormalities that Sabino points out on the documents are generally minor and technical in nature such that somebody outside the logistics business might not notice or question them.

He says "This document is not on XPO's letterhead which immediately calls into question its authenticity" (once on page 1 and once on page 2). Later, on page 3, he says "it would be obvious to anyone looking at this document that no such company would authorize signature of [the warehouse receipt letter]." In my experience, this type of document formatting and workflow imperfection frequently arise from information systems constraints – either somebody doesn't know how to configure the letter forms or the workflows correctly, or the application itself is designed by Information Technology (IT) staff who are more concerned about the back-end data flow than how the printed document looks.

He also observes that "this document is highly unusual because it says that XPO inspected the tires and confirmed they are new in condition, [which is not generally the responsibility of a freight forwarder]" and that "it is not standard industry practice for a warehouse branch manager to issue "inspection reports." While these observations could be technically true, a shipper would not be likely to notice the distinction between a standard acknowledgment of receipt and that same document with an additional column of information about the condition of the goods, especially since Hodgson asked for the condition and Baltagi gave Hodgson the impression that XPO controlled the warehousing.

### 3.1.4   International customers usually entrust their forwarder with details pertaining to documentation and compliance.

It was normal for GSL, as a non-US customer working with a US-centered transaction, to rely on XPO to ensure the accuracy of shipping and financing documents. Although this transaction may not have involved international shipping, many of the tire transactions did, and the diverse nationalities of the parties involved lent itself to a practice where shippers and lenders use forwarders and other specialists to deal with documentation.

Shippers could arrange all the detailed steps in their multi-tiered supply chains by themselves, and some large multinational companies do, but it's complicated, and there can be penalties for filling out paperwork wrong, especially on customs forms. Filling in the wrong dutiable value, or omitting to fully complete a form, could trigger a surcharge or penalty. Failure to check a box could stall goods movement on the other side of the world, and letters of credit are so specialized and detailed that whole sub-industries have sprung up around, for example how to game customs and duty classifications to minimize import taxes (duties), how to integrate documentation with logistics information systems, and how to finance the in-transit and cash flow aspect of international shipments using financial instruments such as letters of credit.

Therefore, when service providers such as XPO provide documents for complex transactions, most

CONFIDENTIAL

customers assume that they have the systems, the competence, and the expertise to do their job correctly, and don't normally question the authenticity of documents, especially intermediate or in-process documents related to basic information like where the cargo is or if it's (still) in good condition.

## 3.2   The Warehousing Distinction is False and Misleading.

### 3.2.1   XPO represented itself as responsible for full-service logistics support in this transaction.

Sabino repeatedly attempts to separate XPO from the various logistics tasks that took place during the scam, such as unloading, receiving, inspection, storage, handling, inventory management, and loading. In 2a, he says "XPO Global Forwarding is not an inspection company." In 4, he says that "neither XPO Logistics nor XPO Global Forwarding holds itself out to be a warehousing company." In 3, he clarifies that "the warehouse, not the freight forwarder, has possession of the goods." In 4, he points out that the location of storage was not owned by XPO. In 12, he notes that "the Houston location was not a warehouse."

However, Baltagi expressly represented XPO as a warehousing company when he took Hodgson on a tour of the warehouse. Moreover, through Baltagi's acknowledgment of the email with the end-to-end process detailed (see below), which functioned like the terms that might appear on a letter of credit, XPO was responsible for executing them, regardless whether it was industry standard or not.

- "Bill of lading was made out to GSL" (step 7)
- "Tyres are despatched to XPO Logistics in Houston TX" (step 8)
- "GSL instructs XPO to release tyres to buyer" (step 14)

CONFIDENTIAL

**Figure 2: Logistical Instructions as per the Buyer-Seller Agreement[2]**

**Transaction Process**

1. Landash Corporation receives a purchase order (PO) from the buyer.
2. Landash Corporation presents PO to GSL via email.
3. GSL verifies PO.
4. GSL confirms verification back to Landash Corporation.
5. Landash Corporation orders tyres from Best One Tires.
6. When tyres arrive at Best One Tires, GSL pays Best One Tires.
7. Bill of Lading is made out to GSL.
8. Tyres are despatched to XPO Logistics in Houston TX .
9. GSL has option to lodge UCC as security over the tyres.
10. Tyres are delivered to XPO Logistics, who are made aware they are owned by GSL.
11. Landash Corporation informs the buyer to inspect tyres at XPO or to pay GSL.
12. Payment is received into GSL's "Landash" account.
13. UCC (if applicable) is withdrawn.
14. GSL instructs XPO Logistics to release tyres to buyer.
15. GSL pays Landash

### 3.2.2 There was one set of terms and conditions.

The way the procedure in 4.1 above was designed, there was supposed to be only one Bill of Lading (presumably from XPO) and one set of underlying Terms and Conditions (implicit or explicit). There were *not*, anywhere in the documents provided, separate Terms and Conditions for ocean transport, overland transport, warehousing, storage, loading, inventory counting, etc. By default, therefore, XPO was representing itself to be in control of, and responsible for, the end-to-end process, with the warehouse being an agent of the forwarder.

In multi-tiered supply chains, the principal is generally ultimately responsible for the actions of its subcontractors if the principal represents that it controls their activities and there is not a separate set of Terms and Conditions. By way of analogy, BP tried to avoid the cost of the Gulf of Mexico oil spill by blaming the operator of its rig, but it sorely lost that case because BP had ultimate control over, and accountability for, what TransOcean did or did not do. BP ended up paying 98% of the fines and penalties ($65 billion[3]) while TransOcean ended up paying only 2% ($1.4 billion).[4]

### 3.2.3 The warehouse was not obviously separate from XPO.

Sabino mentions that the warehouse was "…obviously marked as a RoadMaster Trucking warehouse. This should have raised red flags to anyone who viewed the warehouse and

---

[2] Hodgson Volume 1 + Exhibiits, 104

[3] "BP Deepwater Horizon costs balloon to $65 billion." Reuters. January 16, 2018. https://www.reuters.com/article/us-bp-deepwaterhorizon/bp-deepwater-horizon-costs-balloon-to-65-billion-idUSKBN1F50NL

[4] "Transocean Agrees to Plead Guilty to Environmental Crime and Enter Civil Settlement to Resolve U.S. Clean Water Act Penalty Claims from Deepwater Horizon Incident." U.S. Department of Justice Office of Public Affairs, January 3, 2013. https://www.justice.gov/opa/pr/transocean-agrees-plead-guilty-environmental-crime-and-enter-civil-settlement-resolve-us

CONFIDENTIAL

believed that was an XPO facility." This is not necessarily true. Baltagi evidently gave Hodgson the misleading impression that XPO controlled that warehouse, regardless of whose name was on the sign in front of the building. (Hodgson Volume 1 + Exhibiits, 113)

Distribution centers have become much more varied and complex since the old days of "warehousing," to the point where many activities such as kitting, assembly, and packaging may be handled by subcontractors and independent workers, who may work inside a facility labeled with another name, adjacent to it, or located nearby.

Therefore, I would not be surprised to see another name on the sign, especially if my tour guide explained that they were a subcontractor.

### 3.2.4   The warehouse distinction is an intentional distraction from the main issue of fraud.

This argument about whether or not XPO was technically responsible for warehousing is an example of Sabino's analysis distracting from the main issue, which is that Baltagi, and by extension XPO, committed fraud.  Sabino's reliance on technicalities of paperwork (was it produced from a warehouse management system?) and operations (would the warehouse manager have signed a specific document?) obfuscates the relatively clear case of fraud against Baltagi.

## 3.3   The Documents Were Authorized by XPO Since They Were Acknowledged by a Bonafide XPO Employee Through an Official XPO Email Account.

Sabino seems to argue, in points 1b, 1c, 2a, 5, 14, and 18, that Baltagi was a rogue criminal who produced and/or transmitted falsified documents on his own, outside of XPO's control. However, he was a bonafide XPO employee, he DID produce, convey, and/or facilitate the conveyance of such falsified documents, and he used his XPO company email address to do so, which means that he operated within the parameters of XPO's systems, procedures, and infrastructure, which were free-wheeling enough to permit him do that.

## 3.4   Disputed Ownership of Cargo is Highly Unusual and Should Have Triggered a Security Audit.

Sabino claims that "it is not uncommon nor unexpected for a freight forwarder to have competing ownership claims on goods." This is wrong.

Most logistics operations measure Loss & Damage (L&D), which consists principally of cargo that is damaged in-transit and shrinkage. Shrinkage, which is loss during storage, mostly arises from obsolescence or decay while in storage, and may include a tiny amount of petty theft.

Competing claims of ownership of cargo is unusual for well-run companies. FedEx's Loss &

CONFIDENTIAL

Damage guide does not include any information regarding competing cargo claims,[5] and it's not in the top 4 types of freight claims,[6] which are, according to one source 1) External damage, 2) Loss, 3) Shortage, and 4) Internal damage.

The fact that there was not *one* set of competing claims, but *four* – Baltagi was holding the same tires for *four* companies (Kirby, Vecron, GSL, and Origin Mining), based on my understanding – makes it extraordinarily unusual, and should have triggered a security audit.

## 3.5   A Security Audit Would Probably Have Uncovered the Fraud.

Sabino also says that audits would not have uncovered the fraud. He says that audits don't include reviewing employee emails, but there is no single definition of an audit. Audits can take many forms, shapes, and sizes. When fraud is suspected, audits can include all kinds of surveillance.

At the simplest level, an audit could involve the typical activities of XPO's Monthly Operating Review, which focus on Key Performance Indicators that represent commercial and operating performance. This type of audit would not have uncovered the fraud.

At the next level, an audit could dig into the details underlying those indicators, such as account-by-account analysis of delivery performance, customer satisfaction, revenues, profitability, and receivables. This type of audit may not have uncovered the fraud, even though there were overdue receivables from Midwest Mining which would have been analyzed.

When security is compromised, a security audit is warranted. Some logistics security firms specialize in undercover surveillance of shipping, warehousing, and customs clearance operations to catch thieves and other malicious actors by deploying an extremely wide range of low-tech and high-tech approaches. My company has dealt with several of these security companies over the years, and I am aware of various passive and active spying software, physical policing, and intensive background checking options for conducting audits triggered by suspicious behavior.

The May 13, 2016 letter from Star Funding to Brad Jacobs (Muzi, Dominic (8-12-19), 902), which provided very specific details of irregularities among at least four named XPO managers and accused XPO of a "cover up" should have triggered a security audit.

A rigorous audit consisting of in-depth one-on-one interviews with the XPO employees and customers concerned, surveillance of the named individuals emails, and a physical audit of the tires – which was eventually done 19 months later by SDI (Shook, Max (8-22-2019), 490) would have revealed the fact that the same tires were pledged to multiple customers and lenders, which would have led to discussions with those customers and lenders which would

---

[5] Guide to Loss and Damage Claims. FedEx.
http://images.fedex.com/us/freight/pdf/Guide_to_Loss_and_Damage_Claims.pdf
[6] The 4 Most Common Freight Claims Submitted by Shippers. Redwood. https://www.redwoodlogistics.com/the-4-most-common-freight-claims-submitted-by-shippers/

CONFIDENTIAL

have uncovered the falsified documents and consequently their origins. In addition, a logistics security firm or private detective may have uncovered the nine payments made by Adkins to Baltagi and his wife through 2016 and January of 2017.

CONFIDENTIAL

# 4   Appendix: Summary Biography of David Steven Jacoby

**David Steven Jacoby**, MBA, CFPIM, CSCP, CIRM, CPM, CTL

David Jacoby has been consulting for over 30 years in supply chain management, operations strategy and performance improvement. He wrote Guide to Supply Chain Management (The Economist, 2009) and multiple other supply chain books for major publishers, and has contributed over 300 speeches, articles and webcasts to publications including the Supply Chain Management Review and Supply Chain Quarterly.

His relevant experience includes the following projects and roles:

- Evaluated international growth strategies, including freight forwarding truckload, and less-then-truckload carrier segments, and whether or not to enter new LTL markets in Europe.
- Deployed routing technology and standardized work methods & standards, storage & shuttle configurations, and organization and compensation structures for a less than truckload service provider.
- Developed valuation models and scenarios during due-diligence for a multimodal (rail/ocean) merger.
- Led a Benchmarking Center of Excellence for A.T. Kearney. Conducted dozens of benchmarking projects for equipment, parts and component distribution in automotive, medical, electronics, and other diverse industries.
- Overhauled logistics at a retailer with regional operations, in a two-year project that graduated from a pilot program through an implementation program.
- Led several process improvement teams during a multi-year effort at a multinational vehicle manufacturer, with sequential consulting projects in Europe, Latin America, and the US.
- Established a growth strategy and initiated partnership meetings between a consumer products company and international 3PLs.

He has taught graduate school Operations Management at Boston University and consulted at several global consultancies, including Kearney, Norbridge, and Temple, Barker & Sloane.

He holds an MBA from the Wharton School, a Masters in International Business from the University of Pennsylvania's Lauder Institute and a Bachelor of Science in Finance and Economics from the University of Pennsylvania, where he did coursework at the Université de Compiègne (France) and Delft Institute of Technology (Netherlands). He is also a Certified Fellow in Production and Inventory Management (CFPIM), Certified in Supply Chain Management (CSCP), Certified in Integrated Resource Management (CIRM), Certified in Purchasing Management (Lifetime C.P.M.), and Certified in Transportation and Logistics (CTL). At the International Supply Chain Education Alliance (ISCEA), he is a member of its Ptak Prize Selection Committee.

CONFIDENTIAL

# 5   Appendix: Resume of David Jacoby

Work Experience

***Boston Strategies International (BSI), Inc.*, President, 1998 – present,** a consultancy that provides digital solutions and outsourced services to make supply chains more innovative, agile, resilient, secure, sustainable, and customizable. Built a sales and project delivery network encompassing international partners in a dozen countries, plus nearly two dozen channel partners and technical specialists. Project examples include:

- Developed a methodology to help the US Department of Transportation account for supply chain benefits of large-scale infrastructure projects. By using the 'supply chain benefits' method, the US will be on a path to approve 156% more capex for large-scale projects over the next 23 years.
- Evaluated international growth strategies for one of the world's largest integrated transportation carriers, specifically the decisions whether to enter new freight and LTL markets.
- Led a team that redesigned the logistics network and the procedures for distribution and warehousing of maintenance and repair parts to 260 sites belonging to the New York City Housing Authority.
- Led a team that identified 'hard' savings for the largest company in the world throughout a six-year supply chain analysis program. Benefits included a 7% reduction in capital expenditures, 1% lower operating costs, a 61% throughput increase through improvements in productivity and reductions in lead time for critical equipment, and 2% lower inventory carrying costs due to lead time reductions.
- Led a team that saved 13% on a $45 billion capital project for a European company by designing a master supply chain strategy and procurement plan.
- **Economist,** Contributing Editor (while consulting at BSI). Researched, conducted surveys, and wrote 11 custom 'thought leadership' papers on supply chain related topics for SAP, Microsoft, Cisco, and other clients. Presented results at international conferences. Titles included, for example: The New Face of Purchasing; RFID Comes of Age; Chinese Third-Party Logistics Market Analysis and Forecast; and Unleashing the Power of Customer Data.
- **Boston University,** Lecturer, Graduate School of Management, Department of Operations Management (while consulting at BSI). Taught 35 graduate students per semester using a combination of case studies, lectures, and exercises. Topics included, for example: constraints management, statistical process control, quality management and Six Sigma, inventory and just-in-time, mass customization, service operations management, and supply chain strategy.

CONFIDENTIAL

**Norbridge Inc.,** **Principal, Transport & Logistics, 1996 – 1998** (Concord, MA). Helped global rail and intermodal carriers, auto manufacturers, distributors and logistics service providers improve operations (e.g., purchasing, manufacturing, transportation, and maintenance) through benchmarking, demand forecasting, process redesign, planning and scheduling, materials management, and equipment/infrastructure planning.  Clients included companies such as FedEx, Chrysler, and CSX. Promoted from Senior Associate.

- Supported operational integration with competitive analyses and capacity strategies for the intermodal, merchandise, and bulk businesses during four phases of a $10 billion rail merger.
- Managed numerous multi-party benchmarking and best practices studies, including two that involved an annual parts logistics conference.

**A.T. Kearney Inc.,** **Manager, Procurement Logistics and Supply Chain, 1989 – 1996** (based in New York, Chicago [two years], Paris [two years], Brazil [two years] and Atlanta, with project work in Eastern Europe and Asia.  Served clients such as BASF, New Zealand Rail, France Telecom, Kowloon-Canton Railway, GM, Kraft, and Monoprix. Managed engagements in strategic sourcing, transportation, logistics/supply chain optimization, maintenance management, outsourcing and business transformation (reengineering), M&A, privatization, competitive intelligence, and marketing strategy.  Led a Benchmarking Center of Excellence. Promoted from Associate. Featured projects include:

- Designed and implemented a major global sourcing program for vehicle makers in Brazil that saved 20% through a multi-year engagement that was conducted entirely in Portuguese. Also re-engineered the order fulfillment process of CKD (completely-knocked-down) trucks, reducing lead time by 30% and cost by 35% for the activities in scope.
- Assessed the business strategy, base case, forecast scenarios, and valued an Australasian railway, paving the way for its $328 million sale.
- Evaluated the financial viability of five multi-billion dollar capital projects for a Chinese freight logistics and passenger rail and ferry company, resulting in the decision to build a container train service, a harbor tunnel, and a high-volume strategically important switching yard.
- Built a case that helped a Canadian railroad successfully secure government approvals to build a cross-border double-stack freight rail tunnel by demonstrating that the construction and the ongoing operations would generate hundreds of jobs, and comparing that to a 'do-nothing' scenario, in which traffic flows and terminal utilization would create congestion and traffic delays.
- Co-managed a Benchmarking Center of Excellence that provided the basis for consulting projects that reduced costs and improved performance of hundreds of European companies in logistics, finance, manufacturing and maintenance.

CONFIDENTIAL

- Analyzed transportation rates and identified savings opportunities for chemicals, forest products, and food products shippers.  Prepared workshops on negotiating with suppliers.
- Implemented a redesigned store logistics process, improving cash-flow and decreasing stockouts and markdowns for a French retail chain. Conducted a series of detailed pilot programs.

**World Bank, Junior Economist (Consultant), 1985** (Tunis). Analyzed domestic resource cost of seven agricultural commodities in (potatoes, oranges, olives, dates, hard wheat, soft wheat, and barley). Follow-on mission based on a successful USAID project in the same ministry. The work, which was conducted entirely in French, presaged a major wave of free-market reforms.

*Mercer Management Consulting Inc.***, Research Associate, International Trade Group, Research Associate, 1985 – 1987** (Lexington, MA, currently Oliver Wyman).  Developed business and investment strategies, economic analyses, and decision support tools for maritime clients such as APL and Sea-Land, and a large number of ports. Also participated in World Bank-funded projects for the governments of Benin and Burundi.

- Architected and built key elements of a computer-based World Trade Forecasting Service that was subsequently sold to an econometric forecasting firm.
- Developed valuation models and scenarios during due-diligence for a ground-breaking multimodal merger.

Education

- MBA, Wharton School, University of Pennsylvania, Strategic Planning and Marketing, 1989.
- Master of Arts, The Lauder Institute of International Studies, University of Pennsylvania, 1989.
- Bachelor of Science (Economics), University of Pennsylvania.  Finance and International Business, 1985. Courses at Université de Compiègne and Delft Institute of Technology and internships at Ford France S.A. and Frans Swarttouw B.V. (Netherlands).
- Certified Fellow in Production and Inventory Management (CFPIM)
- Certified in Supply Chain Management (CSCP)
- Certified in Integrated Resource Management (CIRM)
- Certified in Purchasing Management (Lifetime C.P.M.)
- Certified in Transportation and Logistics (CTL)

Certifications and Affiliations

Past President, Boston APICS. Past President, New England Roundtable of the Council of Supply Chain Management Professionals (CSCMP). Member, Institute for Supply Management (ISM) and American Society of Transportation and Logistics (AST&L, now part of the

CONFIDENTIAL

Association for Supply Chain Management). Member of the Ptak Prize Selection Committee, International Supply Chain Education Alliance (ISCEA).

Languages

English (native), French (fluent), Portuguese (proficient).

Publications and Interviews

*Note: Hyperlinks are provided to facilitate drill-down, however some older links may no longer be functional if the source file location has changed or been deleted.*

### SELECTED BOOKS

Guide to Supply Chain Management, The Economist Books (2009)
Optimal Supply Chain Management in Oil, Gas and Power Generation (PennWell, 2012)
Reinventing the Energy Value Chain: Supply Chain Roadmaps for Digital Oilfields through Hydrogen Fuel Cells (PennWell, 2021)

### SELECTED OTHER PUBLICATIONS

May 2019: "Supply Chain Security Guidelines on Provenance." For North American Electric Reliability Corporation (NERC) Critical Infrastructure Protection Committee (CIPC) Supply Chain Working Group (SCWG).
April 2016: "Ofrecen Ahorros en Proyectos Energéticos." Interview of David Jacoby in El Norte Magazine, Mexico City.
April 2016: ""BSI offers $2 Billion Savings in Energy Projects." Interview of David Jacoby in Negocioselnorte and Negocios Magazines, Mexico City.
January 2014: "Traffic Jam: Is Your Supply Chain Ready for the Global Infrastructure Crisis?" Interview of David Jacoby in APICS Advantage Magazine.
October 2013: "Strategies for Managing Customer and Supplier Risks," Interview of David Jacoby. Economist Intelligence Unit. Sponsored by Dun & Bradstreet.
January 2012. "Rate Outlook." Presentation for the major annual multimodal "panel of experts" webcast, produced and sponsored by Logistics Management magazine.
November 2012: Major Accident Prevention and Lessons Learned in Oil & Gas: Four Guidelines and Thirteen Best Practices for Governing Safe Supply Chains, Abu Dhabi International Petroleum Exhibition and Conference (ADIPEC).
September 2012: Optimal Supply Chain Management in Oil, Gas and Power Generation, PennWell.
August 2012: SCMR Exclusive Interview with David Jacoby on the State of the Ocean Cargo Market
June 2012: GE Oil & Gas Newsletter - " Bridging from Thermal to Renewable Power Supply Chains"
March 2012: Energy Tribune article on Tumaco Pipeline

CONFIDENTIAL

March 2011: Registering and Transporting Hazardous Substances, Offshore Technology Conference

February 2011: 2011 Intermodal Freight Rate Outlook for Trades to and from North America , Logistics Digest

December 2010: Planning Your Carbon Footprint, Bangkok Logistics Digest

November 2010: Get Off Your Diagonal, Bangkok Logistics Digest

October 2010: Petroleum Pride: Winners of BSI's 2010 Oil and Gas Supply Chain Awards, LOGae

September 2010: 10 Tips for Choosing a Carrier or 3PL, Parcel Magazine

September 2010: Leading Supply Chain Transformations with Credibility

August 2010: Green Supply Chains by 2020

July 2010: 2010 Mid-Year Rate Outlook: Paying a Premium, Logistics Management

July 2010: The Return of PPP

May 2010: Too Small to Fail: A New Model for Regulatory Oversight

April/May 2010: The Outlook for Motors and Drives in 2010: Strategies for Success, e-Drive

April 2010: Planning for the Long Haul

March 2010: The Oil Price 'Bullwhip': Problem, Cost, Response, Oil & Gas Journal

March 2010: Supplier Development: More Than a Good Idea

February 2010: Oil Price Volatility and How to Avoid It, Energy Tribune.

February 2010: Recognizing Excellence: BSI Supply Chain Award Winners

February 2010: Using Flexible Capacity Techniques to Thrive in a Volatile Economy

January 2010: 2010 Rate Outlook Update, Logistics Management Magazine.

January 2010: W-Shaped Economy or Long Wave?

December 2009: Guide to Supply Chain Management, The Economist and Profile Books

December 2009: Supply Chain Report Card, LOG Middle East

November 2009: Contracting in Volatile Markets

October 2009: Career Advice for Young Professionals

September 2009: Capacity Concerns Could Be The Next Chemicals Supply Challenge, Purchasing Magazine

September 2009: Your Supply Chain Costs Have Decreased by 12%

August 2009: Good, Better, Best. Supply Chain Excellence Awards

July 2009: The Bullwhip Effect in Global Trade - This is One Wild Bull

June 2009: The New Era of Post-Chinese Sourcing

June 2009: Energy Outlook, ISM Material Management News

May 2009: What's Your Middle East Strategy?

April 2009: The Ocean Market: Overcapacity Until 2012

February 2009: Send an RFQ Today

January 2009: Window of Opportunity: 2009 Logistics Rate Outlook, Logistics Management (by John Quinn with contributions by Boston Strategies International).

December 2008: Infrastructure Investment: The Supply Chain Connection, CSCMP Supply Chain Quarterly.

December 2008: How should the global financial crisis affect your freight strategy?

November 2008: Technological Innovations in Logistics and the Extended Supply Chain

CONFIDENTIAL

October 2008: Intermodal Integration – Responding to Market Needs
September 2008: RFID Solutions
August 2008: Air Express Solutions
August 2008: Global Logistics – Ups and Downs, APICS e-news.
July 2008: Paperless Management Solutions
July 2008: 2008 Mid-Year Rate Outlook Update, Logistics Management Magazine.
June 2008: The Elusive Global Transportation Solution
May 2008: How Long Will the East-West Trade Imbalance Last? PARCEL Magazine.
May 2008: Can Western Manufacturers Beat the Competition? APICS Magazine.
May 2008: The Art of High-Cost Country Sourcing, Supply Chain Management Review.
May 2008: Fleet Management Solutions
April 2008: Logistics Outsourcing – It's Not About Reducing Costs
March 2008: "Shippers Compliance in Freight Transportation & Logistics" (Governance, Risk, and Compliance Handbook)
March 2008: "Carriers Compliance in Freight Transportation & Logistics" (Governance, Risk, and Compliance Handbook)
March 2008: The Shanghai Connection, World Trade Magazine.
March 2008: Visibility and the Role of Government in Container Security
February 2008: RFID – The Solution to Better Baggage Handling, Ground Handling International.
February 2008: Chemicals Markets Getting More Complex, Purchasing Magazine.
February 2008: Perfecting Your Supply Chain, PARCEL Magazine.
February 2008: Best Solutions in Supply Chain Management
January 2008: 2008 Logistics Rate Outlook, Logistics Management Magazine.
November 2007: Going Global – The Key is People, PARCEL Magazine.
March 2007: Variable Energy Costs and Strategic Sourcing, World Trade Magazine.
*November 28, 2007:* Intermodal, Infrastructure Investment and Financing, Transport Events, 3rd Trans Middle East Exhibition, InterContinental Citystars, Cairo, Egypt.
*November 13, 2007:* RFID's Impact on Privacy and Security, CILIP, RFID in Libaries Conference via live video link, QEII Conference Center, Westminster, London.
*October 31, 2007:* Management: Latest Developments in Supply Chain and Global Logistics Industry, PARCEL Magazine, Parcel Shipping and Distribution Forum, Hyatt Regency O'Hare, Chicago IL.
*October 23, 2007:* Dubai and the Changing Face of Middle East Logistics, a webinar
*October 23, 2007:* Energy Prices and the Supply Chain: The Outlook of Fuel Surcharges, Institute of Supply Chain Management (ISM), NAPM Twin Cities Fall Conference, Minneapolis Marriott Airport Hotel, Bloomington, MN.
*March 23, 2007:* The Asian Sourcing Boom: How Long Will it Last, a summary of Boston Strategies International's third annual State of Strategic Sourcing Study.
*March 29, 2006:* Supply Chain Benefits of Transportation Infrastructure Improvements, Transportation Research Board (TRB), Conference on Transportation and Economic Development (TED 2006), Little Rock AK
*March 1, 2006:* "Radio Frequency Identification (RFID) Comes of Age," Dallas, TX
June 2005: Measuring Sourcing Performance: What's the Mystery? Purchasing Magazine.
May 2005: Swagging the Biggest Decisions You Make, Purchasing Magazine.

CONFIDENTIAL

March 2005: Mitigating High Raw Material Prices, Purchasing Magazine.
February 2005: Focus on the Right Suppliers, Purchasing Magazine.
February 2005: Mega-Sourcing – Do You Have the Skills? Purchasing Magazine.
January 2005: The New Economics of Partnering, Purchasing Magazine.
July 2005. "Strategic Sourcing: Getting Maximum Points from Game Plan Variety," APICS Magazine.
2005. "Business 2010: Retailing Embracing the Challenge of Change," Economist Intelligence Unit.
May 2005. "The New Face of Purchasing," Economist Intelligence Unit.
March 2005. "High-Impact Sourcing," Survey Feedback Report.
January 2005. "Strategic Sourcing Impact Study," Inside Supply Management.
August 19, 2004. "Demand to Fill Top Slots With Absolute Top Performers," C-Speak.
April 8, 2004. "Developing Skills for the Era of Mega-Sourcing," HR Executive.
March 2004. "What's Next in the Procurement Arena," APICS Performance Advantage.

## Selected Presentations

September 29, 2020: The Future of Supply Chain Management, IIM Ranchi, Ranchi, Jharkhand, India.
May 11, 2020: Supply Chain Security Guidelines on Provenance. North American Electric Reliability Corporation (NERC) Critical Infrastructure Protection Committee (CIPC) Meeting.
March 30, 2020: Achieving Breakthrough Success in the Battery Value Chain. International Battery Partnering & Investment Forum. Orlando.
December 3, 2019: Investing in Energy Innovators. Bank of Montreal – Boston Growth Conference.
October 19, 2019: Confronting Climate Change (Moderator). Lauder Institute Tri-Annual Global Reunion. New York.
June 24, 2019: Achieving Breakthrough Success in the Battery Value Chain. Advanced Automotive Battery Conference. San Diego.
June 4, 2019: Supply Chain Security Guidelines on Provenance. North American Electric Reliability Corporation (NERC) Critical Infrastructure Protection Committee (CIPC) Supply Chain Working Group (SCWG). Orlando, Florida.
April 24, 2019: Economics of Offshore Wind in and Around New York. New York Energy Week Meet-Up, New York.
December 2018: Debate: Top 10 Reasons for Tariffs. APICS North Shore, Burlington MA.
October 2018: "Tariffs, Trade Wars, and Your Global Supply Chain." New England Supply Chain Conference and Exhibition. Marlborough, MA.
September 2018: "Shifting Business Models in the Power Industry." Institute for Supply Management's Utility Purchasing Management Group. Scottsdale, Arizona.
June 2018: "Changing Business Models in the Power Industry." Electrify Europe conference (formerly PowerGen, by PennWell). Vienna, Austria.

June 2018: "Navigating the Landscape of Structuring Partnership Agreements." Presentation to the 18th Annual Advanced Automotive Battery Conference, San Diego.

May 2018: "Leadership in Global Financial Markets." Panel Discussion moderated by Mauro Guillen, Director of The Lauder Institute and Dr. Felix Zandman Professor of International Management at the Wharton School, with co-panelists Laxman Narasimhan WG'93, CEO, Latin America and Europe Sub-Saharan Africa PepsiCo, Inc., and Michelle Tien WG'03, COO, Credit Suisse.

October 2017: Comparative Economics of Combined Cycle, Solar, Wind, Hydro, and Geothermal Power. University of Calgary, Haskayne School of Business, Calgary, Alberta, Canada.

October 2016: The Impact of Energy Prices on Logistics & the Global Supply Chain. Marlborough, MA, 2016 New England Supply Chain Conference & Exhibition

May 2016: "Global Strategic Capital Project Management and Supply Chain Management in Oil and Gas Depression." Keynote Presentation and related Workshop, China Sourcing Summit on Petroleum Equipment (CSSOPE), Beijing, China.

April 2016: "Hydrocarbons Infrastructure in Mexico." Moderator of a Panel Discussion. Second Mexico Gas Summit. San Antonio, USA. Produced by Industry Exchange LLC.

June 2015: "Negotiating Skills for Deals That Benefit All Parties." Workshop at the 3rd Annual Global Procurement and Supply Chain Management for the Oil and Gas Industry." GFMI. Houston, USA.

May 2014: "Negotiating Production Sharing Agreements (PSAs) and Joint Operating Agreements (JOAs)". Workshop at 2nd Annual Contract Risk Management Forum for Oil & Gas. Sponsored by TBM Evolution. Berlin, Germany.

May 2014: "Navigating and Optimizing the Supplier Certification Process at National and International Oil Companies." Workshop at China Sourcing Summit on Petroleum Equipment (CSSOPE), Beijing, China.

April 2014: "Pipeline and Oilfield Security Technologies: Global Benchmarks and State of the Art." Workshop at the Fifth Colombia Oil & Gas Conference and Exhibition. Bogota, Colombia.

May 2013: "Optimal Supply Chain Management: The Global Supply Opportunity." Speech to the China Sourcing Summit on Petroleum Equipment (CSSOPE), Beijing, China.

April 2013. "Risk Management in Oil & Gas," Procurement and Supply Chain Management Forum for Oil & Gas, produced by TBM Evolution, Berlin, Germany.

November 2012: Major Accident Prevention and Lessons Learned in Oil & Gas: Four Guidelines and Thirteen Best Practices for Governing Safe Supply Chains, Abu Dhabi International Petroleum Exhibition and Conference (ADIPEC).

October 18, 2012. Boston, Presentation to the Society of Petroleum Engineers' New York and New England Petroleum Section, Massachusetts Institute of Technology (MIT). "Safe Supply Chain Design."

September 24-26th, 2012, London, Strategic Sourcing Workshop at 6th Annual Global Procurement and Supply Chain Management for the Oil and Gas Industry.

January 25th, 2012, Rate Outlook Webcast, Logistics Management Magazine.

October 24, 2011. "BRIC Plus: Uncovering Economic and Supply Chain Success in the New Emerging Economies," 2011 APICS International Conference & Expo, Pittsburgh, Pennsylvania.

CONFIDENTIAL

September 26-28, 2011. 5th Annual Global Procurement and Supply Chain Management for the Oil and Gas Industry conference, Barcelona, Spain.

May 4, 2011. "Global Trade Restrictions and Related Compliance Issues Pertaining to Oil and Gas Production Chemicals," Offshore Technology Conference (OTC), Houston Texas.

January 27, 2011. "2011 Logistics Rate Outlook," Logistics Management webcast.

October 10, 2010: TransOman Transport, Shipping, and Logistics Show, Muscat, Oman.

October 5, 2010: "Protecting and Enhancing Energy Infrastructure Projects in the Middle East – Mitigating Project Risk and Safeguarding Investments, PowerGen Middle East, Doha, Qatar.

September 20, 2010: "Value-Based Pricing in the Oil and Gas Supply Chain," The OFS Portal LLC 8th Annual Fall Retreat, Houston, TX (USA).

June 16, 2010: "Success Stories in Supplier Development," APICS South Shore Chapter, Taunton, Massachusetts.

June 15, 2010: "Basics of Supply Chain Risk," APICS Providence Chapter, Providence, Rhode Island.

May 26, 2010: "Future Management Organization for Mediterranean Ports and the Maritime Sector," 8th Mediterranean Logistics and Transport Forum, Barcelona, SPAIN. Click here to see a copy of the presentation speech.

May 18, 2010: "Sourcing 2010 and Beyond," Round Table on Sourcing, Boston APICS Dinner Meeting, Waltham, Massachusetts. Click here to see an excerpt of the presentation slides.

May 18, 2010: "Supply Chain Roundtable on Sourcing," APICS Chapter Events, Waltham, Massachusetts.

April 22, 2010: "Rails, Roads, Water and Air: Logistics, Inventory and Distribution," Live Television Panel Discussion, Institute for Supply Management, Phoenix AZ.

January 28-29, 2010: "Economic Outlook and Strategies for Success," Motor, Drives & Automation Systems 2010, Orlando, Florida. Click here to see an excerpt of the presentation slides.

January 28, 2010: "2010 Logistics Rate Outlook," Webcast, 2pm Eastern.

January 20, 2010: "Managing Procurement for Total Supply Chain Value," Purchasing Managers Association of Boston (PMAB), Executive Roundtable, Concord, Massachusetts.

November 24, 2009: "Supply Chain: What's It Worth?," Fifth Trans Middle East Conference and Exhibition, Bahrain. Click here to see an excerpt of the presentation slides. Click here to see photos from the conference.

October 27, 2009: "Supply Chain: The New Revenue Generator," The Next Generation Supply Chain, Virtual Conference sponsored by the Supply Chain Management Review.

October 18, 2009: "Realizing Supply Chain Value through Smart Freight Management," Supply Chain Management Forum, Dubai.

October 12, 2009: "Deriving Value from Supply Chain Innovation in Troubled Economic Times," The Health and Personal Care Logistics Conference, Longboat Key, Florida. Click here to see an excerpt of the presentation slides.

October 7, 2009: "Winning Supply Chain Strategies and Financial Benchmarks," APICS New York City Chapter, New York City.

CONFIDENTIAL

October 7, 2009: "The New Global Supply Chain," Council of Supply Chain Management Professionals' Manhattan Roundtable, New York City. Click here to see an excerpt of the presentation slides.

April 4-6, 2009: Keynote Presentation, Supply Chain Management: Realizing the Potential, Third Annual Supply Chain Management Symposium, Hotel Meridien, Khobar, Saudi Arabia.

April 4-6, 2009: Eliminating the Bullwhip Effect by Synchronizing Supply Chains, Third Annual Supply Chain Management Symposium, Hotel Meridien, Khobar, Saudi Arabia. Click here to see a photo from the symposium..

*January 29, 2009: Panel of Experts Webcast, 2009 Rate Outlook,* Logistics Management Magazine.

*January 20, 2009*: International Sourcing and Cross-Border Logistics, APICS, Boston, MA

*November 23-25, 2008:* Supply Chain — From Concept to Cash, Transport Events, 4th Trans Middle East, Dubai, UAE. Click here to see photos from the conference.

*October 6, 2008:* Global Logistics — Hot Spots and Major Developments, New England Supply Chain Conference & Exhibition 2008, Marlboro, MA.

*September 24-26, 2008:* Supply Chain Organization Development, Southwest Supply Management Conference, Institute for Supply Management (ISM), Dallas, TX.

*September 24-26, 2008:* Keynote Presentation, Strategically Sourcing Transportation: Competition vs. Cooperation, Southwest Supply Management Conference, Institute for Supply Management (ISM), Dallas, TX.

*September 17-18, 2008:* Ports Can Increase Margins Through End-to-End Supply Chain Brilliance, PorTech Asia 2008, Tianjin, China.

*September 14-16, 2008:* Global Logistics: The Next Generation, 2008 APICS International Conference and Expo, Kansas City, Missouri.

*September 9, 2008:* Business Forecasting and Planning Excellence Conference, Las Vegas, Nevada. (Chairperson)

*July 22, 2008:* 2008 Mid-Year Rate Outlook—Uncertainty Persists, 2008 Mid-Year Rate Outlook Webcast, Logistics Management Magazine.

*June 5-6, 2008:* Global Economic Trends and Development in Containerised Trade Growth, Transport Events, 6th ASEAN Ports and Shipping 2008, Ho Chi Minh City, Vietnam.

*March 25, 2008:* RFID in Ground Handling, Transport IQ (IQPC), Ground Handling Excellence in Passenger Services Conference, Kuala Lumpur, Malaysia.

*March 20, 2008:* Supply Chain Strategy, a webinar.

*March 6, 2008:* Logistics In Gioia Tauro, a webinar.

*March 6, 2008:* Supply Chain Organization Development, a webinar.

*March 6, 2008:* RFID and Security, International Air Transport Association (IATA), World Cargo Symposium, Rome, Italy.

*February 21, 2008:* Logistics In Seattle, a webinar.

*January 30, 2008:* 2008 Rate OutlookUncertainty Abounds, 2008 Logistics Rate Outlook Webcast, Logistics Management Magazine.

*January 30, 2008:* How Will Western Manufacturers Survive?, a webinar.

*January 8, 2008:* Logistics in New York, a webinar.

*December 13, 2007:* Logistics in Shanghai – Along the Yangtse, a webinar.

CONFIDENTIAL

*November 28, 2007:* Intermodal, Infrastructure Investment and Financing, Transport Events, 3rd Trans Middle East Exhibition, InterContinental Citystars, Cairo, Egypt.

*November 26, 2007:* Logistics in Cairo- Through the Suez Canal, a webinar.

*November 19, 2007:* Supply Risk Management, a webinar.

*November 13, 2007:* RFID's Impact on Privacy and Security, CILIP, RFID in Libraries Conference via live video link, QEII Conference Center, Westminster, London.

*October 31, 2007:* Management: Latest Developments in Supply Chain and Global Logistics Industry, PARCEL Magazine, Parcel Shipping and Distribution Forum, Hyatt Regency O'Hare, Chicago IL.

*October 23, 2007:* Dubai and the Changing Face of Middle East Logistics, a webinar

*October 23, 2007:* Energy Prices and the Supply Chain: The Outlook of Fuel Surcharges, Institute of Supply Chain Management (ISM), NAPM Twin Cities Fall Conference, Minneapolis Marriott Airport Hotel, Bloomington, MN.

*September 27, 2007:* Multimodal Synergy – Integrated Capability in Logistics and Transportation, Transport Events, 4th Thai Ports and Shipping Exhibition and Conference, Imperial Queen's Park Hotel, Bangkok, Thailand.

*September 27, 2007:* Energy Prices and the Supply Chain: Charting a New Course, IPC, Midwest Manufacturing Conference and Exhibition, Donald E. Stevens Convetion Center, Rosemont, IL.

*September 18, 2007:* Is there ROI in RFID? a webinar

*August 21, 2007:* Benchmarking Your Supply Chain Savings, a webinar

*August 7, 2007:* Energy Prices Reshaping the Supply Chain, a webinar

*July 23, 2007:* Budgeting for Volatility, a webinar

*June 4, 2007:* Sourcing from China, Journal of Commerce, 3rd Annual China Trade & Logistics Conference, Savannah International Trade and Convention Center, Savannah GA.

*April 25-27, 2007:* Budgeting and Forecasting in a Highly Volatile Environment, Institute of Business Forecasting and Planning (IBF), Demand Planning and Forecasting: Best Practices Conference 2007, Loews New Orleans Hotel, New Orleans LA.

*March 23, 2007:* The Asian Sourcing Boom: How Long Will it Last, a summary of Boston Strategies International's third annual State of Strategic Sourcing Study.

*March 21, 2007:* Low-Cost Country Sourcing: Sweeping Up, National Association of Purchasing Management Southern New Hampshire Chapter, Concord NH

*March 5, 2007:* Courting the Consumer: Creating Dynamic Brands in Retail and Consumer Goods, Vendor Compliance Federation Conference, Marco Island FL

*March 1, 2007:* The Impact of Low-Cost Country Sourcing on the Chemicals Supply Chain, Institute of Supply Chain Management (ISM) Conference, World Gold Village, Renaissance Hotel, St. Augustine FL.

*February 16, 2007:* Benchmarking Your Supply Chain Savings, a webinar

*January 31, 2007:* Logistics Outlook 2007 Webcast, Logistics Management Magazine.

*January 23, 2007:* Energy Prices Reshaping the Supply Chain: Charting a New Course?, Joint meeting of APICS Providence and Purchasing Managers' Association of Rhode Island (PMARI), Warwick, RI.

CONFIDENTIAL

*January 11, 2007:* Global Trade and Technology: The Crossroads, Beverly Chamber of Commerce, Beverly MA

*January 8, 2007:* Data Explosion: Redefining Metrics, Purchasing Managers Association of Boston, Lexington MA

*November 27, 2006:* RFID: Revolutionizing Baggage Handling, Ground Handling International (GHI), 8th Annual Ground Handling International Conference, Monaco

*November 16, 2006:* Supply Market Intelligence: What is Your Supply Market IQ? APICS Fairfield County, Fairfield CT

*November 14, 2006:* Supply Market Intelligence: What You Don't Know Can Hurt You, Resources Global Professionals, Westford MA

*October 25, 2006:* RFID: Mining Mega-Data for Enhanced Forecast Accuracy, Institute of Business Forecasting and Planning (IBF), Demand Planning and Forecasting Conference 2006, Orlando FL

*October 18, 2006:* Taking Smarter Risks by Forecasting Complex Supply Markets, APICS Princeton-Trenton-Monmouth-Ocean Chapter, Columbus NJ

*October 12, 2006:* Minimizing Risk by Forecasting Supply Markets, APICS Monadnock Chapter, Keene NH

*October 2, 2006:* Is there ROI in RFID?, Northeast Supply Chain Conference & Exhibition 2006, Marlborough MA

*September 26, 2006:* The Asian Sourcing Boom: How Long Will it Last?, Distribution Business Management Association Annual Conference, Las Vegas NV

*September 14, 2006:* What is Your Supply Market IQ?, Council of Supply Chain Management Professionals (CSCMP) NYCONN Roundtable, Dobbs Ferry NY

*September 12, 2006:* Supply Market Intelligence: What You Don't Know Can Hurt You, APICS North Shore, Woburn MA

*June 12, 2006:* Building a Secure Supply Chain with RFID, Vendor Compliance Federation Supply Chain Conference, Teaneck NJ.

*May 17, 2006:* "The Logistics of Global Outsourcing," APICS New Haven.

*May 1, 2006:* "The New Age of Purchasing," Purchasing Managers Association of Boston Top Management Night, Boston MA.

*April 24, 2006:* "Managing Supply Risk," client presentation in Dharan, Saudi Arabia.

*March 29, 2006:* Supply Chain Benefits of Transportation Infrastructure Improvements, Transportation Research Board (TRB), Conference on Transportation and Economic Development (TED 2006), Little Rock AK

*March 1, 2006:* "Radio Frequency Identification (RFID) Comes of Age," Dallas, TX

*February 28, 2006:* "Creating Dynamic Brands in Retail/Consumer Goods," San Francisco CA

*January 19, 2006:* "Designing Sourcing and Logistics for Flexibility and Innovation," Massachusetts Biotechnology Council, Boston Logan Airport

References

**Selection of endorsements from LinkedIn:**

CONFIDENTIAL

- "David Jacoby is one of the most knowledgeable supply chain professionals I have ever met! He had an amazing depth, in multiple facets of materials management, and had consistently contributed to the profession in many ways. It is always a pleasure dealing with Dave - one of the best in the business!"
  - Kenneth B. Glasser, CPIM, C.P.M., *Global Sourcing Manager, Axcelis*

- "David Jacoby is a brilliant consultant with outstanding analytical capabilities applied to a long term vision of what matters. I've known him for more than 20 years and have seen how he shaped his company to become what it is today, a remarkable company that delivers differentiating value to its customers. I strongly recommend him and his company."
  - Christophe Poittevin, *Software Sales Manager, IBM Software Group*

- "David and his team at Boston Strategies did an outstanding job on our supply chain strategy project at NYCHA. Their research and recommendations were thorough and data-driven. David is an expert who never stops learning and a consummate professional who focuses on providing value for his clients and his profession. [**He delivers**] great results, expertise, and high integrity."
  - Gary Smith CPIM, CSCP, *Director of Supply Chain Operations, New York City Housing Authority*

- "As a consultant to multinational companies on supply chain strategy and performance for over 20 years, David has the rare ability and creativity to make the complicated simple."
  - St. Claire Gerald, CSCP, *Former Director Supply Chain Management, Foot Locker*

- "David is a supply chain management expert who combines top notch analytical skills with over two decades of global experience. His counsel has been invaluable and I highly recommend him."
  - Charles Gamble, *Senior Vice President-Client Services, Tangoe*

- "David has the ability to analyze complex problems and present solutions in a clear, concise, practical manner. His primary research is excellent and he has consistently added a welcomed level of sophistication to the field of supply chain management. I am currently using his new book in university level courses and it has been well received by my students."
  - Richard Weissman, *Assistant Professor, Endicott College*

- "I highly recommend David for his expertise in strategy development involving global markets. His firm can work across such a diverse array of industries and deliver an insight based on incredible research capabilities and current knowledge of market conditions."
  - Jeffrey Kearns, *Finance and Systems Manager at General Dynamics*

- "David is a top-level consultant with an outstanding capacity of synthesizing the complexity of the SCM body of knowledge while at the same time offering original perspectives. He has the right mix of academic background and hands-on experience to get the job done!"
  - Massimo Marchi, MBA, CSCP, CLSSS, *Director of Supply Chain Planning and IT, Beretta*

CONFIDENTIAL

- "David is a highly respected thought and practice leader in Supply chain management. He has consulted for over 20 years in Procurement, Transportation, Logistics, Manufacturing, Economics, and International Trade; and he is excellent at putting this acquired knowledge and functional experience to work solving complicated business issues. Having seen his work, heard his presentations, and read his white papers, I high recommend him and Boston Strategies in solving your business challenges and or in developing your Supply Chain Strategy."
  - Greg Cornelius, CSCP, *Director, Supply Chain Management, Haemonetics*


Book Reviews of "Guide to Supply Chain Management"

AS OF MARCH 1, 2012

- "I never really understood what supply chain management was until I read this book. It seemed to mean something different depending on who I was talking to. Now I get it."

- "I'm a university professor, and I am really impressed at how thorough the book is. From the preface to the glossary and the end notes, everything is well-documented, which makes the arguments and Jacoby's framework for supply chain management trustworthy and believable. Overall, the book is a credit to the Economist brand."

- "As a supply chain trainer and author, I am always pleased to read books that add to my knowledge and this book certainly made me stop and reflect many times = great! Let down slightly by the publishers small reproduction of the many charts and tables; overall however, this is a very good piece of work!"

- "The work sorts through some of the mythos about supply chain management and focuses on the core activities that add measurable value."

- "An excellent guide and, a must read not only for C-level managers but also for inclusion in curricula in business studies... brilliant in explaining the myths and realities of the various elements that are critical components of the supply chain."

- "If you are a novice to supply chain and often confused by conflicting definitions on what SCM is - and is not - read this book. If you are a supply chain practitioner and want some clear markers on designing a comprehensive supply chain strategy, read this book. David Jacoby's experience of over 20 years of strategic consulting on supply chain initiatives clearly comes through in this well-researched piece. The book very quickly jumps into the 4 key supply chain strategies - cost rationalization, demand-supply synchronization, customization and innovation - that organizations can pursue. And highlights early on the often forgotten point that while we can classify any function within an organizational silo, activities within them cannot be similarly silo-ed if we want to derive value. For instance, we often lump DC-Network design and an initiative such as cross-docking under the

CONFIDENTIAL

warehousing function. But how many of us look at the former activity through the lens of cost rationalization, and the latter as an enabler of synchronization? Insights, such as this, abound. The book frames the final few chapters with details on the organization structure, information systems framework and KPIs that must supplement each of these strategies. And that is when we truly comprehend the completeness of supply chain management. My only grouse is that the book went into too much of theory and detail toward the end. Maybe it was intentional, given the wide range of audience it aims to cater to. But if you can stifle some of those yawns and plough on, you will be enriched with a wealth of knowledge on how you must design, strategize, implement, measure and enhance your supply chain."

- "As a supply chain professional I found this book to be immensely helpful. It reduces important supply chain principles to quantifiable and applicable guidelines. A good read and a must for anyone looking to leverage value from your supply chain "

- "This is a great book that provides a concise yet thorough overview of supply chain management.  It is educational and actionable – filled with well-supported arguments and excellent, illustrative anecdotes.  The book is not just for supply chain professionals.  It is for any business person that wants to help take their company to the next level.  Having read it and written notes in the margins, I will keep it nearby as a reference guide."

- "This book is very informative for anyone wanting to know more about supply chain management. The examples cited, as well as the charts are extremely helpful. I believe anyone can benefit from reading this book whether or not they have direct responsibility for supply chain activities."

- "This book describes very well the ins and outs of what the Supply Chain concept encompasses. It gives an excellent global understanding and is very rich of examples from real life situations.  I warmly recommend its reading.

- "An essential tool for C-level management and their senior managers. It is clear, balanced in its objectivity and useful for achieving rapid results."

- "A strategic breath of fresh air for executives who are tired of tactical how-to books on supply chain management. It provides simple, logical guidance on how companies should think about the people, processes and infrastructure they put in place to enable the supply chains that will deliver their future.

- "A pragmatic approach for turning supply chain into a strategic differentiator, along with a treasure chest of examples showing how successful companies have done it."

- "A real-world look at how leading companies are putting supply chain management into practice for proven competitive advantage. This guide definitely belongs in your business library."

CONFIDENTIAL

In-Depth Book Review of 'Guide to SCM'

David Jacoby. *Guide to Supply Chain Management: How Getting it Right Boosts Corporate Performance (The Economist).* Bloomberg Press, 731 Lexington Avenue, New York, NY 10022. Sept 9, 2009. 262 pages.  ISBN: 978-1-57660-345-1. US $29.95.

First impressions can be very misleading.  At a quick glance, *The Guide to Supply Chain Management* appears to be another book geared toward grabbing the eye of the CEO.   But don't be deceived; this little book packs a significant punch!  There is meat in this guide, presented in a straightforward organized way as an excellent reference for CEO and supply chain student as well.  It is intended to get to the core of SCM by being clear, objective, relevant, and effective and includes numerous real world examples.  In great measure, this book succeeds in solidly delivering on those goals.

The author matches years of experience with anecdotes, examples, and research derived from an impressive list of corporations, professional organizations, and academics.   The book starts with a short history of SCM, highlighting the key problem of balancing supply and demand.  Along the way, the author examines cost, security, legislative compliance, consumer safety, and environmental protection issues in making supply chain management the "hot topic" that it is today.

The focus of this guide though is on supply chain strategy.  Supply chain strategy is an evolving and dynamic activity to which specific SCM tools, techniques, and metrics must be aligned.  Even the organizational positioning of the supply chain function within the firm is critical to implementing a successful strategy.  There is a clear distinction between supply chain management and supply chain strategy.   Supply chain management provides customer benefit through increased efficiency, reliability, flexibility, and innovation.  Supply chain strategy is all about putting these principles into action.  Supply chain strategy flows from the business strategy and for successful firms, requires careful consideration.

This guide integrates that strategy through a framework containing four individual sequenced strategies – rationalisation, synchronisation, customisation, and innovation.

Rationalisation is the first strategy explored, focusing on low cost competition.  Among the key elements discussed are strategic sourcing and outsourcing, lean manufacturing with all its familiar tenets, and product standardization and simplification.  Consignment practices, vendor managed inventory, transportation mode selection, cross-docking, by-passing inventory tiers and equipment pooling are among the many other rationalisation techniques described in the text.

The follow-on strategy is synchronisation – competing on reliability of service.  Techniques such as constraint management, just-in-time inventory, the Perfect Order, Make-to-Order practices, Sales and Operations planning, and risk management are among the techniques described in sychronisation, and in most cases, illustrated with real world examples.
Flowing from synchronisation is the customisation strategy or competing on customer intimacy. The guide highlights techniques such as control of the customer relationship, value analysis, and customer knowledge management and profitability management.  Customisation places an

CONFIDENTIAL

emphasis on personal interactions and the goal of closely linking supply chain partners over time through value-adding services.  Again, the author relies heavily on real world anecdotes and examples to illustrate these concepts.

The final strategy – which follows from customisation – is the innovation strategy or competing through a rapidly changing supply chain.  Continuous feedback, product development, prototyping and product life-cycle management are among the practices described for successfully competing in an innovative environment.  Firms that compete with innovative supply chains are identifiable not only by top tier positioning with the firm, but also by the amount of synergy and integration built into the organization.

The guide follows the strategy framework discussion with a chapter on organizing, training, and developing the staff to support each individual strategy.  One of the highlights here is the linking of each supply chain strategy to the placement of SCM within the organizational structure of the firm.  As strategy moves from rationalisation to innovation, the seat of the supply chain function moves closer to the top of the organization with the focus becoming more horizontal than vertical.  Typical organization charts included here help to emphasize these points.

Of course, no strategy is workable without a set of enablers such as information technologies and metrics systems and the guide illustrates these using an enterprise resource planning system as the starting point.  The book offers a selection of top-level corporate metrics as well as specific metrics linked to each strategy within the integrated framework.   The guide concludes with an insightful discussion of the challenges for SCM in the future.

This guide covers a lot of territory, but does so in a very clear and objective manner.  If the reader is looking for an in-depth discussion specific SCM techniques or strategic issues, this is not the text – there are other works that can provide that detail.  But for corporate leadership or the SCM student looking to link the basics to a strategic framework, this guide in an excellent resource and would be a great addition to the practitioner's library.
Reviewed by

Ralph H. Sees, Ph.D.
Colonel (Ret), US Army
Instructor of Supply Chain & Information Systems
Smeal College of Business
The Pennsylvania State University
427 Business Building
University Park, PA
rhs6@psu.edu