# EXHIBIT 3

# Opinions on the Testimony of Bradley S. Jacobs as it Relates to

# XPO's Activities and Responsibilities

**in the Case of**

**Great Southland Limited**
**v.**
**Landash Corporation, *et al.***

**CONFIDENTIAL**

**By David Steven Jacoby**
**June 21st, 2021**

# Contents

1 Introduction ........ 3
1.1 Executive Summary ........ 3
1.2 My Professional Background ........ 4
1.3 Retention for This Matter ........ 5
1.4 Materials Reviewed ........ 5
1.5 Citation Formats and Report Updation ........ 5
2 Additional Observations ........ 6
2.1 Failure to Adhere to Basic Risk Management Procedures ........ 7
2.2 Lack of Supervision ........ 7
2.3 Unclear Chain of Authority ........ 7
2.4 Deflection and Shielding from Problems ........ 8
3 Appendix: Summary Biography of David Steven Jacoby ........ 9
4 Appendix: Resume of David Jacoby ........ 10

# 1 Introduction

## 1.1 Executive Summary

I was asked to offer an analysis and an opinion, based on my background and experience in supply chain management, as to whether the Brad Jacobs deposition added any new insight into whether and to what degree XPO may have been responsible for the actions of Afif Baltagi, in his capacity as XPO's Branch Manager of XPO's Houston, Texas facility, in the Ponzi scheme orchestrated by Jason Adkins, beyond the points I already raised in my report *Opinions on XPO's Activities and Responsibilities in the Case of Great Southland Limited v. Landash Corporation, et al.* from June 14, 2021.

To do this, I reviewed the Jacobs deposition and exhibits.

Based on my review and my experience, it is my opinion that the June 14th testimony of Bradley Jacobs, Chairman and CEO of XPO, reinforces four aspects of XPO cited in the report I submitted on that same day.

- The failure of the office of the CEO to adhere to basic risk management principle was responsible for XPO failing to notice the GSL fraud. ("apparent lack of evaluation of legal and financial safeguards")
- A lack of supervision in the CEO's office allowed egregious and explicit problems such as the lawsuit letter from Star Funding to go unmanaged. ("lack of audits or surveillance systems)
- The chain of authority between Jacobs and Baltagi was extraordinarily unclear, with the result that nobody could be held directly accountable. ("confusing organizational relationships")
- XPO shielded its management from consequences of its actions by keeping the CEO uninformed of problems, especially legal ones, a practice which resulted in XPO's failure to handle the GSL situation in a timely and responsible way. ("collective abrogation of accountability")

**Figure 1: Relevance of the Jacobs Testimony to Observations in My Report**

Source: My June 14 report (highlights added)

## 1.2 My Professional Background

I have been consulting for 32 years in supply chain management, operations strategy and performance improvement, primarily in the transportation, logistics, energy, and automotive sectors. Much of my work has consisted of benchmarking and industry best practices studies. My clients have included transport and logistics companies such as UPS, FedEx, Iron Mountain, CSX, Jacksonville Port Authority, and Amtrak, as well as shippers including A.T. Cross, Mercedes-Benz, and General Motors. I've also consulted to information systems providers such as SAP, and government agencies such as the U.S. Department of Transportation and the New York City Housing Authority.

Before founding Boston Strategies International, I served as a consultant in the logistics, transportation, procurement, operations management, and supply chain management practices of management consulting firms including Kearney, Temple Barker & Sloane (now Oliver Wyman) and a boutique firm called Carlisle, Fagan, Gaskins & Wise. I also taught Operations Management at Boston University's graduate school of business.

I wrote *Guide to Supply Chain Management* (The Economist, 2009) and other books on supply chain management, logistics and trade. I also wrote both the Shippers Compliance in Freight Transportation & Logistics and the Carrier Compliance in Freight Transportation & Logistics chapters for the Governance, Risk, and Compliance Handbook (Tarantino, 2006), and have contributed several hundred speeches, articles, white papers, and webcasts for publications such as Supply Chain Management Review, Supply Chain Quarterly, and the Transportation Research Board.

My supply chain certifications include: Certified Fellow in Production and Inventory Management (CFPIM), Certified Supply Chain Professional (CSCP), Certified in Integrated

Resource Management (CIRM), Certified in Purchasing Management (Lifetime C.P.M.), and Certified in Transportation and Logistics (C.T.L.), among others.

## 1.3 Retention for This Matter

I was retained by Carlile Patchen & Murphy LLP in March 2021. I am compensated at a rate of $550 per hour. The fees I receive are not contingent on the outcome of this litigation. To my knowledge there is no conflict of interest between my work on this case and any other work I am doing or have ever done.

## 1.4 Materials Reviewed

The electronic files conveyed to me regarding this case were as follows:

- 302444 Jacobs Full-sized with Hyperlinked Exhibits.pdf
- 302444 Exhibit 001.pdf
- 302444 Exhibit 002.pdf
- 302444 Exhibit 003.pdf
- 302444 Exhibit 004.pdf
- 302444 Exhibit 005.pdf

## 1.5 Citation Formats and Report Updation

For clarity this report cites references to deposition and other discovery material where such references may be useful. For brevity I inserted these citations parenthetically using the format “(Deponent’s Name or source file name, page number of the pdf source file),” for example (Komsky, 32). Unless these references apply to a specific sentence or phrase, I placed them at the end of paragraphs for easier readability. If multiple citations apply to the paragraph I used a semicolon to separate them, for example (Musetti, 11; Hodgson, 117). External references are cited as footnotes.

I reserve the right to supplement this report should new information become available to me.

David Steven Jacoby

# 2 Additional Observations

Four management characteristics acted in concert to enable the fraud, as illustrated in the diagram below. Confusing organizational relationships led to an abrogation of accountability. The abrogation of accountability, together with the lack of audits, surveillance systems, and safeguards, enabled Baltagi to facilitate Adkins' fraud against GSL.

**Figure 2: Fraud Risk Increased by Inactions of Executive Office**

The additional points are summarized below, in the following order:

- Failure to Adhere to Basic Risk Management Procedures
- Lack of Supervision
- Unclear Chain of Authority
- Deflection and Shielding from Problems

## 2.1 Failure to Adhere to Basic Risk Management Procedures

Brad Jacobs' testimony eliminates doubt about the point in my report that XPO lacked evaluation of legal and financial safeguards. In my report I called it an "***apparent* lack of legal and financial safeguards**." However, in this case the failure of the office of the CEO to adhere to basic risk management principles, practices, and procedures seems *directly* responsible for XPO failing to notice the GSL fraud.

According to his testimony, Jacobs set no thresholds, parameters, or decision rules for when Friedman should notify him about anything, up to and including crisis situations. Based on what he says in the deposition, Catherine Friedman effectively ran XPO by representing herself as him without limitation. (Jacobs, 41)

Large transportation and logistics companies are typically run by strict Standard Operating Procedures. FedEx and UPS are built on military-style cultures. It seems self-evident to me that a lack of procedural discipline would lead to system failures.

## 2.2 Lack of Supervision

Jacobs' deposition reinforces what my report called "**no audits or surveillance systems**." Jacobs says that he never thought of establishing guidelines for which communication his Assistant should share with him (Jacobs, 21), and doesn't know why there is no policy (Jacobs, 42). This lack of basic supervision in the CEO's office allowed egregious and explicit problems such as the lawsuit letter from Star Funding to go unmanaged.

## 2.3 Unclear Chain of Authority

While my earlier report observed that the reporting relationship between Baltagi and Shook/Muzi/Oliver/Jorgensen was unclear ("**confusing organizational relationships**"), Jacobs' deposition amplifies this lack of clarity and demonstrates that the chain of authority between Jacobs and Baltagi was so unclear that nobody was directly accountable for anything.

*Conflation of Email IDs*. While it is already confusing that the Assistant to the CEO sent emails under his name (Brad Jacobs) as well as under her own name (Catherine Friedman), Jacobs' testimony that he set no guidelines around when she should respond as Brad Jacobs and when she should respond as Catherine Friedman adds further confusion to the chain of command between Jacobs and Baltagi, not only between Baltagi and his supervisors but at the top, even between Jacobs and Friedman. (Jacobs, 19) The fact that Jacobs never required Friedman to get his approval on how to respond to emails, oral or otherwise, made it unclear which communications Jacobs may have authorized and which he may not have authorized.

To the extent that Friedman processed all or nearly all of the operational communications coming into the CEO's office, and employees knew this, Shook/Muzi/Jorgensen/Oliver likely

assumed that the emails about Star Funding did *not* come directly from Jacobs himself, but were rather just an administrative "FYI" from his Assistant. It now makes sense why Baltagi's supervisors were so inattentive about follow-through to the GSL crisis: they probably considered the emails from the Jacobs email address, which they knew were actually coming from Catherine Friedman, as administrative annoyances rather than high-priority messages with potential consequences for their jobs and careers.

*Disregard for the Apparent Chain of Command*. In my view it is strange that Catherine Friedman (or Brad Jacobs, we don't know which) engaged in email dialogue about operational issues directly with business unit heads without copying the Chief Operating Officer. Although we don't have an organization chart for XPO, employees with titles such as Branch Manager and VP Operations, would likely report directly or indirectly to the Chief Operations Officer. And yet, Friedman did not copy Troy Cooper, who according to his LinkedIn profile was XPO's Chief Operations Officer in 2015 and 2016, on any of the emails.

As clear workflows and reporting relationships are prerequisites for effective Separation of Duties (sometimes called Segregation of Duties, or SoD), a risk management principle that underpins many auditing and fraud management frameworks such as ISO 31000 and Sarbanes-Oxley, it could be said that XPO's ambiguous roles and disregard for chain of command made it impossible for XPO to responsibly manage risk.

## 2.4 Deflection and Shielding from Problems

*Management by Ignorance*. The CEO's office gatekeeping seems designed to keep problems, especially those involving actual or potential legal liability, from ever coming to the CEO's attention. Jacobs described Friedman as his "general gatekeeper," which shows that even at the CEO level, XPO was not interested in rectifying operational problems or customer complaints. It chose instead to deal with the aftermath of problems through the courts. This enabled the C Suite to maintain its focus on mergers, acquisitions, and financing future growth. However, on the flip side it led to a lack of accountability, as described in the previous report as a "**collective abrogation of accountability**."

*Deniability by Design*. Moreover, because of the conflation of Jacobs' and Friedman's email IDs referenced above, Jacobs could always claim additional deniability in one of three forms – "I see that but I would not have approved it" or "I did not know about that" or "I knew about that but I did not approve it." (Jacobs, 25)

*Screening for Privilege*. My report noted that the Assistant to the CEO forwarded all legal correspondence directly to the Legal department with no communications to the CEO. Jacobs' testimony affirms that this was by design. The CEO relied on XPO's *lawyers* to brief him, not XPO operations staff or his assistant. (Jacobs, 59) Expecting to battle it out in court rather than address the issue internally, Legal could then assert privilege, as noted in my report, over the vast majority of communications related to disputed matters. From this it might appear that XPO had no interest in ever addressing the root cause of the fraud against GSL or preventing more of it through conventional measures such as process improvement, reprimands and firings.

# 3 Appendix: Summary Biography of David Steven Jacoby

**David Steven Jacoby**, MBA, CFPIM, CSCP, CIRM, CPM, CTL

David Jacoby has been consulting for over 30 years in supply chain management, operations strategy and performance improvement. He wrote Guide to Supply Chain Management (The Economist, 2009) and multiple other supply chain books for major publishers, and has contributed over 300 speeches, articles and webcasts to publications including the Supply Chain Management Review and Supply Chain Quarterly.

His relevant experience includes the following projects and roles:

- Evaluated international growth strategies, including freight forwarding truckload, and less-then-truckload carrier segments, and whether or not to enter new LTL markets in Europe.
- Deployed routing technology and standardized work methods & standards, storage & shuttle configurations, and organization and compensation structures for a less than truckload service provider.
- Developed valuation models and scenarios during due-diligence for a multimodal (rail/ocean) merger.
- Led a Benchmarking Center of Excellence for A.T. Kearney. Conducted dozens of benchmarking projects for equipment, parts and component distribution in automotive, medical, electronics, and other diverse industries.
- Overhauled logistics at a retailer with regional operations, in a two-year project that graduated from a pilot program through an implementation program.
- Led several process improvement teams during a multi-year effort at a multinational vehicle manufacturer, with sequential consulting projects in Europe, Latin America, and the US.
- Established a growth strategy and initiated partnership meetings between a consumer products company and international 3PLs.

He has taught graduate school Operations Management at Boston University and consulted at several global consultancies, including Kearney, Norbridge, and Temple, Barker & Sloane.

He holds an MBA from the Wharton School, a Masters in International Business from the University of Pennsylvania's Lauder Institute and a Bachelor of Science in Finance and Economics from the University of Pennsylvania, where he did coursework at the Université de Compiègne (France) and Delft Institute of Technology (Netherlands). He is also a Certified Fellow in Production and Inventory Management (CFPIM), Certified in Supply Chain Management (CSCP), Certified in Integrated Resource Management (CIRM), Certified in Purchasing Management (Lifetime C.P.M.), and Certified in Transportation and Logistics (CTL). At the International Supply Chain Education Alliance (ISCEA), he is a member of its Ptak Prize Selection Committee.

# 4 Appendix: Resume of David Jacoby

Work Experience

***Boston Strategies International (BSI), Inc.*****, President, 1998 – present,** a consultancy that provides digital solutions and outsourced services to make supply chains more innovative, agile, resilient, secure, sustainable, and customizable. Built a sales and project delivery network encompassing international partners in a dozen countries, plus nearly two dozen channel partners and technical specialists. Project examples include:

- Developed a methodology to help the US Department of Transportation account for supply chain benefits of large-scale infrastructure projects. By using the 'supply chain benefits' method, the US will be on a path to approve 156% more capex for large-scale projects over the next 23 years.
- Evaluated international growth strategies for one of the world's largest integrated transportation carriers, specifically the decisions whether to enter new freight and LTL markets.
- Led a team that redesigned the logistics network and the procedures for distribution and warehousing of maintenance and repair parts to 260 sites belonging to the New York City Housing Authority.
- Led a team that saved 13% on a $45 billion capital project for a European company by designing a master supply chain strategy and procurement plan.
- **Economist,** Contributing Editor (while consulting at BSI). Researched, conducted surveys, and wrote 11 custom 'thought leadership' papers on supply chain related topics for SAP, Microsoft, Cisco, and other clients. Presented results at international conferences. Titles included, for example: The New Face of Purchasing; RFID Comes of Age; Chinese Third-Party Logistics Market Analysis and Forecast; and Unleashing the Power of Customer Data.
- **Boston University,** Lecturer, Graduate School of Management, Department of Operations Management (while consulting at BSI). Taught 35 graduate students per semester using a combination of case studies, lectures, and exercises. Topics included, for example: constraints management, statistical process control, quality management and Six Sigma, inventory and just-in-time, mass customization, service operations management, and supply chain strategy.

**Norbridge Inc., Principal, Transport & Logistics, 1996 – 1998** (Concord, MA). Helped global rail and intermodal carriers, auto manufacturers, distributors and logistics service providers improve operations (e.g., purchasing, manufacturing, transportation, and maintenance) through benchmarking, demand forecasting, process redesign, planning and scheduling, materials management, and equipment/infrastructure planning. Clients included companies such as FedEx, Chrysler, and CSX. Promoted from Senior Associate.

- Supported operational integration with competitive analyses and capacity strategies for the intermodal, merchandise, and bulk businesses during four phases of a $10 billion rail merger.
- Managed numerous multi-party benchmarking and best practices studies, including two that involved an annual parts logistics conference.

**A.T. Kearney Inc., Manager, Procurement Logistics and Supply Chain, 1989 – 1996** (based in New York, Chicago [two years], Paris [two years], Brazil [two years] and Atlanta, with project work in Eastern Europe and Asia. Served clients such as BASF, New Zealand Rail, France Telecom, Kowloon-Canton Railway, GM, Kraft, and Monoprix. Managed engagements in strategic sourcing, transportation, logistics/supply chain optimization, maintenance management, outsourcing and business transformation (reengineering), M&A, privatization, competitive intelligence, and marketing strategy. Led a Benchmarking Center of Excellence. Promoted from Associate. Featured projects include:

- Designed and implemented a major global sourcing program for vehicle makers in Brazil that saved 20% through a multi-year engagement that was conducted entirely in Portuguese. Also re-engineered the order fulfillment process of CKD (completely-knocked-down) trucks, reducing lead time by 30% and cost by 35% for the activities in scope.
- Assessed the business strategy, base case, forecast scenarios, and valued an Australasian railway, paving the way for its $328 million sale.
- Evaluated the financial viability of five multi-billion dollar capital projects for a Chinese freight logistics and passenger rail and ferry company, resulting in the decision to build a container train service, a harbor tunnel, and a high-volume strategically important switching yard.
- Built a case that helped a Canadian railroad successfully secure government approvals to build a cross-border double-stack freight rail tunnel by demonstrating that the construction and the ongoing operations would generate hundreds of jobs, and comparing that to a ‘do-nothing’ scenario, in which traffic flows and terminal utilization would create congestion and traffic delays.
- Co-managed a Benchmarking Center of Excellence that provided the basis for consulting projects that reduced costs and improved performance of hundreds of European companies in logistics, finance, manufacturing and maintenance.
- Analyzed transportation rates and identified savings opportunities for chemicals, forest products, and food products shippers. Prepared workshops on negotiating with suppliers.
- Implemented a redesigned store logistics process, improving cash-flow and decreasing stockouts and markdowns for a French retail chain. Conducted a series of detailed pilot programs.

**World Bank, Junior Economist (Consultant), 1985** (Tunis). Analyzed domestic resource cost of seven agricultural commodities in (potatoes, oranges, olives, dates, hard wheat, soft wheat, and barley). Follow-on mission based on a successful USAID project in the same ministry. The work, which was conducted entirely in French, presaged a major wave of free-market reforms.

***Mercer Management Consulting Inc.*, Research Associate, International Trade Group, Research Associate, 1985 – 1987** (Lexington, MA, currently Oliver Wyman). Developed business and investment strategies, economic analyses, and decision support tools for maritime clients such as APL and Sea-Land, and a large number of ports. Also participated in World Bank-funded projects for the governments of Benin and Burundi.

- Architected and built key elements of a computer-based World Trade Forecasting Service that was subsequently sold to an econometric forecasting firm.
- Developed valuation models and scenarios during due-diligence for a ground-breaking multimodal merger.

## Education

- MBA, Wharton School, University of Pennsylvania, Strategic Planning and Marketing, 1989.
- Master of Arts, The Lauder Institute of International Studies, University of Pennsylvania, 1989.
- Bachelor of Science (Economics), University of Pennsylvania. Finance and International Business, 1985. Courses at Université de Compiègne and Delft Institute of Technology and internships at Ford France S.A. and Frans Swarttouw B.V. (Netherlands).
- Certified Fellow in Production and Inventory Management (CFPIM)
- Certified in Supply Chain Management (CSCP)
- Certified in Integrated Resource Management (CIRM)
- Certified in Purchasing Management (Lifetime C.P.M.)
- Certified in Transportation and Logistics (CTL)

## Certifications and Affiliations

Past President, Boston APICS. Past President, New England Roundtable of the Council of Supply Chain Management Professionals (CSCMP). Member, Institute for Supply Management (ISM) and American Society of Transportation and Logistics (AST&L, now part of the Association for Supply Chain Management). Member of the Ptak Prize Selection Committee, International Supply Chain Education Alliance (ISCEA).

## Languages

English (native), French (fluent), Portuguese (proficient).

## Publications and Interviews

*Note: Hyperlinks are provided to facilitate drill-down, however some older links may no longer be functional if the source file location has changed or been deleted.*

## SELECTED BOOKS

Guide to Supply Chain Management, The Economist Books (2009)
Optimal Supply Chain Management in Oil, Gas and Power Generation (PennWell, 2012)
Reinventing the Energy Value Chain: Supply Chain Roadmaps (PennWell, 2021)

## SELECTED OTHER PUBLICATIONS

May 2019: "Supply Chain Security Guidelines on Provenance." For North American Electric Reliability Corporation (NERC) Critical Infrastructure Protection Committee (CIPC) Supply Chain Working Group (SCWG).
April 2016: "Ofrecen Ahorros en Proyectos Energéticos." Interview of David Jacoby in El Norte Magazine, Mexico City.
April 2016: ""'BSI offers $2 Billion Savings in Energy Projects." Interview of David Jacoby in Negocioselnorte and Negocios Magazines, Mexico City.
January 2014: "Traffic Jam: Is Your Supply Chain Ready for the Global Infrastructure Crisis?" Interview of David Jacoby in APICS Advantage Magazine.
October 2013: "Strategies for Managing Customer and Supplier Risks," Interview of David Jacoby. Economist Intelligence Unit. Sponsored by Dun & Bradstreet.
January 2012. "Rate Outlook." Presentation for the major annual multimodal "panel of experts" webcast, produced and sponsored by Logistics Management magazine.
November 2012: Major Accident Prevention and Lessons Learned in Oil & Gas: Four Guidelines and Thirteen Best Practices for Governing Safe Supply Chains, Abu Dhabi International Petroleum Exhibition and Conference (ADIPEC).
September 2012: Optimal Supply Chain Management in Oil, Gas and Power Generation, PennWell.
August 2012: SCMR Exclusive Interview with David Jacoby on the State of the Ocean Cargo Market
June 2012: GE Oil & Gas Newsletter - " Bridging from Thermal to Renewable Power Supply Chains"
March 2012: Energy Tribune article on Tumaco Pipeline
March 2011: Registering and Transporting Hazardous Substances, Offshore Technology Conference
February 2011: 2011 Intermodal Freight Rate Outlook for Trades to and from North America , Logistics Digest
December 2010: Planning Your Carbon Footprint, Bangkok Logistics Digest
November 2010: Get Off Your Diagonal, Bangkok Logistics Digest
October 2010: Petroleum Pride: Winners of BSI's 2010 Oil and Gas Supply Chain Awards, LOGae
September 2010: 10 Tips for Choosing a Carrier or 3PL, Parcel Magazine
September 2010: Leading Supply Chain Transformations with Credibility
August 2010: Green Supply Chains by 2020
July 2010: 2010 Mid-Year Rate Outlook: Paying a Premium, Logistics Management

July 2010: The Return of PPP
May 2010: Too Small to Fail: A New Model for Regulatory Oversight
April/May 2010: The Outlook for Motors and Drives in 2010: Strategies for Success, e-Drive
April 2010: Planning for the Long Haul
March 2010: The Oil Price 'Bullwhip': Problem, Cost, Response, Oil & Gas Journal
March 2010: Supplier Development: More Than a Good Idea
February 2010: Oil Price Volatility and How to Avoid It, Energy Tribune.
February 2010: Recognizing Excellence: BSI Supply Chain Award Winners
February 2010: Using Flexible Capacity Techniques to Thrive in a Volatile Economy
January 2010: 2010 Rate Outlook Update, Logistics Management Magazine.
January 2010: W-Shaped Economy or Long Wave?
December 2009: Guide to Supply Chain Management, The Economist and Profile Books
December 2009: Supply Chain Report Card, LOG Middle East
November 2009: Contracting in Volatile Markets
October 2009: Career Advice for Young Professionals
September 2009: Capacity Concerns Could Be The Next Chemicals Supply Challenge, Purchasing Magazine
September 2009: Your Supply Chain Costs Have Decreased by 12%
August 2009: Good, Better, Best. Supply Chain Excellence Awards
July 2009: The Bullwhip Effect in Global Trade - This is One Wild Bull
June 2009: The New Era of Post-Chinese Sourcing
June 2009: Energy Outlook, ISM Material Management News
May 2009: What's Your Middle East Strategy?
April 2009: The Ocean Market: Overcapacity Until 2012
February 2009: Send an RFQ Today
January 2009: Window of Opportunity: 2009 Logistics Rate Outlook, Logistics Management (by John Quinn with contributions by Boston Strategies International).
December 2008: Infrastructure Investment: The Supply Chain Connection, CSCMP Supply Chain Quarterly.
December 2008: How should the global financial crisis affect your freight strategy?
November 2008: Technological Innovations in Logistics and the Extended Supply Chain
October 2008: Intermodal Integration – Responding to Market Needs
September 2008: RFID Solutions
August 2008: Air Express Solutions
August 2008: Global Logistics – Ups and Downs, APICS e-news.
July 2008: Paperless Management Solutions
July 2008: 2008 Mid-Year Rate Outlook Update, Logistics Management Magazine.
June 2008: The Elusive Global Transportation Solution
May 2008: How Long Will the East-West Trade Imbalance Last? PARCEL Magazine.
May 2008: Can Western Manufacturers Beat the Competition? APICS Magazine.
May 2008: The Art of High-Cost Country Sourcing, Supply Chain Management Review.
May 2008: Fleet Management Solutions
April 2008: Logistics Outsourcing – It's Not About Reducing Costs
March 2008: “Shippers Compliance in Freight Transportation & Logistics” (Governance, Risk, and Compliance Handbook)

March 2008: "Carriers Compliance in Freight Transportation & Logistics" (Governance, Risk, and Compliance Handbook)
March 2008: The Shanghai Connection, World Trade Magazine.
March 2008: Visibility and the Role of Government in Container Security
February 2008: RFID – The Solution to Better Baggage Handling, Ground Handling International.
February 2008: Chemicals Markets Getting More Complex, Purchasing Magazine.
February 2008: Perfecting Your Supply Chain, PARCEL Magazine.
February 2008: Best Solutions in Supply Chain Management
January 2008: 2008 Logistics Rate Outlook, Logistics Management Magazine.
November 2007: Going Global – The Key is People, PARCEL Magazine.
March 2007: Variable Energy Costs and Strategic Sourcing, World Trade Magazine.
*November 28, 2007:* Intermodal, Infrastructure Investment and Financing, Transport Events, 3rd Trans Middle East Exhibition, InterContinental Citystars, Cairo, Egypt.
*November 13, 2007:* RFID's Impact on Privacy and Security, CILIP, RFID in Libaries Conference via live video link, QEII Conference Center, Westminster, London.
*October 31, 2007:* Management: Latest Developments in Supply Chain and Global Logistics Industry, PARCEL Magazine, Parcel Shipping and Distribution Forum, Hyatt Regency O'Hare, Chicago IL.
*October 23, 2007:* Dubai and the Changing Face of Middle East Logistics, a webinar
*October 23, 2007:* Energy Prices and the Supply Chain: The Outlook of Fuel Surcharges, Institute of Supply Chain Management (ISM), NAPM Twin Cities Fall Conference, Minneapolis Marriott Airport Hotel, Bloomington, MN.
*March 23, 2007:* The Asian Sourcing Boom: How Long Will it Last, a summary of Boston Strategies International's third annual State of Strategic Sourcing Study.
*March 29, 2006:* Supply Chain Benefits of Transportation Infrastructure Improvements, Transportation Research Board (TRB), Conference on Transportation and Economic Development (TED 2006), Little Rock AK
*March 1, 2006:* "Radio Frequency Identification (RFID) Comes of Age," Dallas, TX
June 2005: Measuring Sourcing Performance: What's the Mystery? Purchasing Magazine.
May 2005: Swagging the Biggest Decisions You Make, Purchasing Magazine.
March 2005: Mitigating High Raw Material Prices, Purchasing Magazine.
February 2005: Focus on the Right Suppliers, Purchasing Magazine.
February 2005: Mega-Sourcing – Do You Have the Skills? Purchasing Magazine.
January 2005: The New Economics of Partnering, Purchasing Magazine.

July 2005. "Strategic Sourcing: Getting Maximum Points from Game Plan Variety," APICS Magazine.

2005. "Business 2010: Retailing Embracing the Challenge of Change," Economist Intelligence Unit.

May 2005. "The New Face of Purchasing," Economist Intelligence Unit.

March 2005. "High-Impact Sourcing," Survey Feedback Report.

January 2005. "Strategic Sourcing Impact Study," Inside Supply Management.

August 19, 2004. "Demand to Fill Top Slots With Absolute Top Performers," C-Speak.

April 8, 2004. "Developing Skills for the Era of Mega-Sourcing," HR Executive.

March 2004. "What's Next in the Procurement Arena," APICS Performance Advantage.

## Selected Presentations

September 29, 2020: The Future of Supply Chain Management, IIM Ranchi, Ranchi, Jharkhand, India.
May 11, 2020: Supply Chain Security Guidelines on Provenance. North American Electric Reliability Corporation (NERC) Critical Infrastructure Protection Committee (CIPC) Meeting.
March 30, 2020: Achieving Breakthrough Success in the Battery Value Chain. International Battery Partnering & Investment Forum. Orlando.
December 3, 2019: Investing in Energy Innovators. Bank of Montreal – Boston Growth Conference.
October 19, 2019: Confronting Climate Change (Moderator). Lauder Institute Tri-Annual Global Reunion. New York.
June 24, 2019: Achieving Breakthrough Success in the Battery Value Chain. Advanced Automotive Battery Conference. San Diego.
June 4, 2019: Supply Chain Security Guidelines on Provenance. North American Electric Reliability Corporation (NERC) Critical Infrastructure Protection Committee (CIPC) Supply Chain Working Group (SCWG). Orlando, Florida.
April 24, 2019: Economics of Offshore Wind in and Around New York. New York Energy Week Meet-Up, New York.
December 2018: Debate: Top 10 Reasons for Tariffs. APICS North Shore, Burlington MA.
October 2018: “Tariffs, Trade Wars, and Your Global Supply Chain.” New England Supply Chain Conference and Exhibition. Marlborough, MA.
September 2018: “Shifting Business Models in the Power Industry.” Institute for Supply Management’s Utility Purchasing Management Group. Scottsdale, Arizona.
June 2018: “Changing Business Models in the Power Industry.” Electrify Europe conference (formerly PowerGen, by PennWell). Vienna, Austria.
June 2018: “Navigating the Landscape of Structuring Partnership Agreements.” Presentation to the 18th Annual Advanced Automotive Battery Conference, San Diego.
May 2018: “Leadership in Global Financial Markets.” Panel Discussion moderated by Mauro Guillen, Director of The Lauder Institute and Dr. Felix Zandman Professor of International Management at the Wharton School, with co-panelists Laxman Narasimhan WG’93, CEO, Latin America and Europe Sub-Saharan Africa PepsiCo, Inc., and Michelle Tien WG’03, COO, Credit Suisse.
October 2017: Comparative Economics of Combined Cycle, Solar, Wind, Hydro, and Geothermal Power. University of Calgary, Haskayne School of Business, Calgary, Alberta, Canada.
October 2016: The Impact of Energy Prices on Logistics & the Global Supply Chain. Marlborough, MA, 2016 New England Supply Chain Conference & Exhibition
May 2016: “Global Strategic Capital Project Management and Supply Chain Management in Oil and Gas Depression.” Keynote Presentation and related Workshop, China Sourcing Summit on Petroleum Equipment (CSSOPE), Beijing, China.
April 2016: “Hydrocarbons Infrastructure in Mexico.” Moderator of a Panel Discussion. Second Mexico Gas Summit. San Antonio, USA. Produced by Industry Exchange LLC.

June 2015: “Negotiating Skills for Deals That Benefit All Parties.” Workshop at the 3rd Annual Global Procurement and Supply Chain Management for the Oil and Gas Industry.” GFMI. Houston, USA.
May 2014: “Negotiating Production Sharing Agreements (PSAs) and Joint Operating Agreements (JOAs)”. Workshop at 2nd Annual Contract Risk Management Forum for Oil & Gas. Sponsored by TBM Evolution. Berlin, Germany.
May 2014: “Navigating and Optimizing the Supplier Certification Process at National and International Oil Companies.” Workshop at China Sourcing Summit on Petroleum Equipment (CSSOPE), Beijing, China.
April 2014: “Pipeline and Oilfield Security Technologies: Global Benchmarks and State of the Art.” Workshop at the Fifth Colombia Oil & Gas Conference and Exhibition. Bogota, Colombia.
May 2013: “Optimal Supply Chain Management: The Global Supply Opportunity.” Speech to the China Sourcing Summit on Petroleum Equipment (CSSOPE), Beijing, China.
April 2013. “Risk Management in Oil & Gas,” Procurement and Supply Chain Management Forum for Oil & Gas, produced by TBM Evolution, Berlin, Germany.
November 2012: Major Accident Prevention and Lessons Learned in Oil & Gas: Four Guidelines and Thirteen Best Practices for Governing Safe Supply Chains, Abu Dhabi International Petroleum Exhibition and Conference (ADIPEC).
October 18, 2012. Boston, Presentation to the Society of Petroleum Engineers' New York and New England Petroleum Section, Massachusetts Institute of Technology (MIT). "Safe Supply Chain Design."
September 24-26th, 2012, London, Strategic Sourcing Workshop at 6th Annual Global Procurement and Supply Chain Management for the Oil and Gas Industry.
January 25th, 2012, Rate Outlook Webcast, Logistics Management Magazine.
October 24, 2011. "BRIC Plus: Uncovering Economic and Supply Chain Success in the New Emerging Economies," 2011APICS International Conference & Expo, Pittsburgh, Pennsylvania.
September 26-28, 2011. 5th Annual Global Procurement and Supply Chain Management for the Oil and Gas Industry conference, Barcelona, Spain.
May 4, 2011. “Global Trade Restrictions and Related Compliance Issues Pertaining to Oil and Gas Production Chemicals,” Offshore Technology Conference (OTC), Houston Texas.
January 27, 2011. "2011 Logistics Rate Outlook," Logistics Management webcast.
October 10, 2010: TransOman Transport, Shipping, and Logistics Show, Muscat, Oman.
October 5, 2010: “Protecting and Enhancing Energy Infrastructure Projects in the Middle East – Mitigating Project Risk and Safeguarding Investments, PowerGen Middle East, Doha, Qatar.
September 20, 2010: "Value-Based Pricing in the Oil and Gas Supply Chain," The OFS Portal LLC 8th Annual Fall Retreat, Houston, TX (USA).
June 16, 2010: "Success Stories in Supplier Development," APICS South Shore Chapter, Taunton, Massachusetts.
June 15, 2010: "Basics of Supply Chain Risk," APICS Providence Chapter, Providence, Rhode Island.
May 26, 2010: "Future Management Organization for Mediterranean Ports and the Maritime Sector," 8th Mediterranean Logistics and Transport Forum, Barcelona, SPAIN. Click here to see a copy of the presentation speech.
May 18, 2010: "Sourcing 2010 and Beyond," Round Table on Sourcing, Boston APICS Dinner Meeting, Waltham, Massachusetts. Click here to see an excerpt of the presentation slides.

May 18, 2010: "Supply Chain Roundtable on Sourcing," APICS Chapter Events, Waltham, Massachusetts.
April 22, 2010: "Rails, Roads, Water and Air: Logistics, Inventory and Distribution," Live Television Panel Discussion, Institute for Supply Management, Phoenix AZ.
January 28-29, 2010: "Economic Outlook and Strategies for Success," Motor, Drives & Automation Systems 2010, Orlando, Florida. Click here to see an excerpt of the presentation slides.
January 28, 2010: "2010 Logistics Rate Outlook," Webcast, 2pm Eastern.
January 20, 2010: "Managing Procurement for Total Supply Chain Value," Purchasing Managers Association of Boston (PMAB), Executive Roundtable, Concord, Massachusetts.
November 24, 2009: "Supply Chain: What's it Worth?," Fifth Trans Middle East Conference and Exhibition, Bahrain. Click here to see an excerpt of the presentation slides. Click here to see photos from the conference.
October 27, 2009: "Supply Chain: The New Revenue Generator," The Next Generation Supply Chain, Virtual Conference sponsored by the Supply Chain Management Review.
October 18, 2009: "Realizing Supply Chain Value through Smart Freight Management," Supply Chain Management Forum, Dubai.
October 12, 2009: "Deriving Value from Supply Chain Innovation in Troubled Economic Times," The Health and Personal Care Logistics Conference, Longboat Key, Florida. Click here to see an excerpt of the presentation slides.
October 7, 2009: "Winning Supply Chain Strategies and Financial Benchmarks," APICS New York City Chapter, New York City.
October 7, 2009: "The New Global Supply Chain," Council of Supply Chain Management Professionals' Manhattan Roundtable, New York City. Click here to see an excerpt of the presentation slides.
April 4-6, 2009: Keynote Presentation, Supply Chain Management: Realizing the Potential, Third Annual Supply Chain Management Symposium, Hotel Meridien, Khobar, Saudi Arabia.
April 4-6, 2009: Eliminating the Bullwhip Effect by Synchronizing Supply Chains, Third Annual Supply Chain Management Symposium, Hotel Meridien, Khobar, Saudi Arabia. Click here to see a photo from the symposium..
*January 29, 2009: Panel of Experts Webcast, 2009 Rate Outlook*, Logistics Management Magazine.
*January 20, 2009*: International Sourcing and Cross-Border Logistics, APICS, Boston, MA
*November 23-25, 2008:* Supply Chain — From Concept to Cash, Transport Events, 4th Trans Middle East, Dubai, UAE. Click here to see photos from the conference.
*October 6, 2008:* Global Logistics — Hot Spots and Major Developments, New England Supply Chain Conference & Exhibition 2008, Marlboro, MA.
*September 24-26, 2008:* Supply Chain Organization Development, Southwest Supply Management Conference, Institute for Supply Management (ISM), Dallas, TX.
*September 24-26, 2008:* Keynote Presentation, Strategically Sourcing Transportation: Competition vs. Cooperation, Southwest Supply Management Conference, Institute for Supply Management (ISM), Dallas, TX.
*September 17-18, 2008:* Ports Can Increase Margins Through End-to-End Supply Chain Brilliance, PorTech Asia 2008, Tianjin, China.
*September 14-16, 2008:* Global Logistics: The Next Generation, 2008 APICS International Conference and Expo, Kansas City, Missouri.

*September 9, 2008:* Business Forecasting and Planning Excellence Conference, Las Vegas, Nevada. (Chairperson)
*July 22, 2008:* 2008 Mid-Year Rate Outlook—Uncertainty Persists, 2008 Mid-Year Rate Outlook Webcast, Logistics Management Magazine.
*June 5-6, 2008:* Global Economic Trends and Development in Containerised Trade Growth, Transport Events, 6th ASEAN Ports and Shipping 2008, Ho Chi Minh City, Vietnam.
*March 25, 2008:* RFID in Ground Handling, Transport IQ (IQPC), Ground Handling Excellence in Passenger Services Conference, Kuala Lumpur, Malaysia.
*March 20, 2008:* Supply Chain Strategy, a webinar.
*March 6, 2008:* Logistics In Gioia Tauro, a webinar.
*March 6, 2008:* Supply Chain Organization Development, a webinar.
*March 6, 2008:* RFID and Security, International Air Transport Association (IATA), World Cargo Symposium, Rome, Italy.
*February 21, 2008:* Logistics In Seattle, a webinar.
*January 30, 2008:* 2008 Rate OutlookUncertainty Abounds, 2008 Logistics Rate Outlook Webcast, Logistics Management Magazine.
*January 30, 2008:* How Will Western Manufacturers Survive?, a webinar.
*January 8, 2008:* Logistics in New York, a webinar.
*December 13, 2007:* Logistics in Shanghai – Along the Yangtse, a webinar.
*November 28, 2007:* Intermodal, Infrastructure Investment and Financing, Transport Events, 3rd Trans Middle East Exhibition, InterContinental Citystars, Cairo, Egypt.
*November 26, 2007:* Logistics in Cairo- Through the Suez Canal, a webinar.
*November 19, 2007:* Supply Risk Management, a webinar.
*November 13, 2007:* RFID's Impact on Privacy and Security, CILIP, RFID in Libraries Conference via live video link, QEII Conference Center, Westminster, London.
*October 31, 2007:* Management: Latest Developments in Supply Chain and Global Logistics Industry, PARCEL Magazine, Parcel Shipping and Distribution Forum, Hyatt Regency O'Hare, Chicago IL.
*October 23, 2007:* Dubai and the Changing Face of Middle East Logistics, a webinar
*October 23, 2007:* Energy Prices and the Supply Chain: The Outlook of Fuel Surcharges, Institute of Supply Chain Management (ISM), NAPM Twin Cities Fall Conference, Minneapolis Marriott Airport Hotel, Bloomington, MN.
*September 27, 2007:* Multimodal Synergy – Integrated Capability in Logistics and Transportation, Transport Events, 4th Thai Ports and Shipping Exhibition and Conference, Imperial Queen's Park Hotel, Bangkok, Thailand.
*September 27, 2007:* Energy Prices and the Supply Chain: Charting a New Course, IPC, Midwest Manufacturing Conference and Exhibition, Donald E. Stevens Convetion Center, Rosemont, IL.
*September 18, 2007:* Is there ROI in RFID? a webinar
*August 21, 2007:* Benchmarking Your Supply Chain Savings, a webinar
*August 7, 2007:* Energy Prices Reshaping the Supply Chain, a webinar
*July 23, 2007:* Budgeting for Volatility, a webinar
*June 4, 2007:* Sourcing from China, Journal of Commerce, 3rd Annual China Trade & Logistics Conference, Savannah International Trade and Convention Center, Savannah GA.

*April 25-27, 2007:* Budgeting and Forecasting in a Highly Volatile Environment, Institute of Business Forecasting and Planning (IBF), Demand Planning and Forecasting: Best Practices Conference 2007, Loews New Orleans Hotel, New Orleans LA.
*March 23, 2007:* The Asian Sourcing Boom: How Long Will it Last, a summary of Boston Strategies International's third annual State of Strategic Sourcing Study.
*March 21, 2007:* Low-Cost Country Sourcing: Sweeping Up, National Association of Purchasing Management Southern New Hampshire Chapter, Concord NH
*March 5, 2007:* Courting the Consumer: Creating Dynamic Brands in Retail and Consumer Goods, Vendor Compliance Federation Conference, Marco Island FL
*March 1, 2007:* The Impact of Low-Cost Country Sourcing on the Chemicals Supply Chain, Institute of Supply Chain Management (ISM) Conference, World Gold Village, Renaissance Hotel, St. Augustine FL.
*February 16, 2007:* Benchmarking Your Supply Chain Savings, a webinar
*January 31, 2007:* Logistics Outlook 2007 Webcast, Logistics Management Magazine.
*January 23, 2007:* Energy Prices Reshaping the Supply Chain: Charting a New Course?, Joint meeting of APICS Providence and Purchasing Managers' Association of Rhode Island (PMARI), Warwick, RI.
*January 11, 2007:* Global Trade and Technology: The Crossroads, Beverly Chamber of Commerce, Beverly MA
*January 8, 2007:* Data Explosion: Redefining Metrics, Purchasing Managers Association of Boston, Lexington MA
*November 27, 2006:* RFID: Revolutionizing Baggage Handling, Ground Handling International (GHI), 8th Annual Ground Handling International Conference, Monaco
*November 16, 2006:* Supply Market Intelligence: What is Your Supply Market IQ? APICS Fairfield County, Fairfield CT
*November 14, 2006:* Supply Market Intelligence: What You Don't Know Can Hurt You, Resources Global Professionals, Westford MA
*October 25, 2006:* RFID: Mining Mega-Data for Enhanced Forecast Accuracy, Institute of Business Forecasting and Planning (IBF), Demand Planning and Forecasting Conference 2006, Orlando FL
*October 18, 2006:* Taking Smarter Risks by Forecasting Complex Supply Markets, APICS Princeton-Trenton-Monmouth-Ocean Chapter, Columbus NJ
*October 12, 2006:* Minimizing Risk by Forecasting Supply Markets, APICS Monadnock Chapter, Keene NH
*October 2, 2006:* Is there ROI in RFID?, Northeast Supply Chain Conference & Exhibition 2006, Marlborough MA
*September 26, 2006:* The Asian Sourcing Boom: How Long Will it Last?, Distribution Business Management Association Annual Conference, Las Vegas NV
*September 14, 2006:* What is Your Supply Market IQ?, Council of Supply Chain Management Professionals (CSCMP) NYCONN Roundtable, Dobbs Ferry NY
*September 12, 2006:* Supply Market Intelligence: What You Don't Know Can Hurt You, APICS North Shore, Woburn MA
*June 12, 2006:* Building a Secure Supply Chain with RFID, Vendor Compliance Federation Supply Chain Conference, Teaneck NJ.
*May 17, 2006:* “The Logistics of Global Outsourcing,” APICS New Haven.

*May 1, 2006:* "The New Age of Purchasing," Purchasing Managers Association of Boston Top Management Night, Boston MA.
*April 24, 2006:* "Managing Supply Risk," client presentation in Dharan, Saudi Arabia.
*March 29, 2006:* Supply Chain Benefits of Transportation Infrastructure Improvements, Transportation Research Board (TRB), Conference on Transportation and Economic Development (TED 2006), Little Rock AK
*March 1, 2006:* "Radio Frequency Identification (RFID) Comes of Age," Dallas, TX
*February 28, 2006:* "Creating Dynamic Brands in Retail/Consumer Goods," San Francisco CA
*January 19, 2006:* "Designing Sourcing and Logistics for Flexibility and Innovation," Massachusetts Biotechnology Council, Boston Logan Airport

References

**Selection of endorsements from LinkedIn:**

- "David Jacoby is one of the most knowledgeable supply chain professionals I have ever met! He had an amazing depth, in multiple facets of materials management, and had consistently contributed to the profession in many ways. It is always a pleasure dealing with Dave - one of the best in the business!"
    - Kenneth B. Glasser, CPIM, C.P.M., *Global Sourcing Manager, Axcelis*

- "David Jacoby is a brilliant consultant with outstanding analytical capabilities applied to a long term vision of what matters. I've known him for more than 20 years and have seen how he shaped his company to become what it is today, a remarkable company that delivers differentiating value to its customers. I strongly recommend him and his company."
    - Christophe Poittevin, *Software Sales Manager, IBM Software Group*

- "David and his team at Boston Strategies did an outstanding job on our supply chain strategy project at NYCHA. Their research and recommendations were thorough and data-driven. David is an expert who never stops learning and a consummate professional who focuses on providing value for his clients and his profession. [**He delivers]** great results, expertise, and high integrity."
    - Gary Smith CPIM, CSCP, *Director of Supply Chain Operations, New York City Housing Authority*

- "As a consultant to multinational companies on supply chain strategy and performance for over 20 years, David has the rare ability and creativity to make the complicated simple."
    - St. Claire Gerald, CSCP, *Former Director Supply Chain Management, Foot Locker*

- "David is a supply chain management expert who combines top notch analytical skills with over two decades of global experience. His counsel has been invaluable and I highly recommend him."
    - Charles Gamble, *Senior Vice President-Client Services, Tangoe*

- "David has the ability to analyze complex problems and present solutions in a clear, concise, practical manner. His primary research is excellent and he has consistently added a

welcomed level of sophistication to the field of supply chain management. I am currently using his new book in university level courses and it has been well received by my students."
  - Richard Weissman, *Assistant Professor, Endicott College*

- "I highly recommend David for his expertise in strategy development involving global markets. His firm can work across such a diverse array of industries and deliver an insight based on incredible research capabilities and current knowledge of market conditions."
  - Jeffrey Kearns, *Finance and Systems Manager at General Dynamics*

- "David is a top-level consultant with an outstanding capacity of synthesizing the complexity of the SCM body of knowledge while at the same time offering original perspectives. He has the right mix of academic background and hands-on experience to get the job done!"
  - Massimo Marchi, MBA, CSCP, CLSSS, *Director of Supply Chain Planning and IT, Beretta*

- "David is a highly respected thought and practice leader in Supply chain management. He has consulted for over 20 years in Procurement, Transportation, Logistics, Manufacturing, Economics, and International Trade; and he is excellent at putting this acquired knowledge and functional experience to work solving complicated business issues. Having seen his work, heard his presentations, and read his white papers, I high recommend him and Boston Strategies in solving your business challenges and or in developing your Supply Chain Strategy."
  - Greg Cornelius, CSCP, *Director, Supply Chain Management, Haemonetics*

Book Reviews of "Guide to Supply Chain Management"

AS OF MARCH 1, 2012

- "I never really understood what supply chain management was until I read this book. It seemed to mean something different depending on who I was talking to. Now I get it."

- "I'm a university professor, and I am really impressed at how thorough the book is. From the preface to the glossary and the end notes, everything is well-documented, which makes the arguments and Jacoby's framework for supply chain management trustworthy and believable. Overall, the book is a credit to the Economist brand."

- "As a supply chain trainer and author, I am always pleased to read books that add to my knowledge and this book certainly made me stop and reflect many times = great! Let down slightly by the publishers small reproduction of the many charts and tables; overall however, this is a very good piece of work!"

- "The work sorts through some of the mythos about supply chain management and focuses on the core activities that add measurable value."

- "An excellent guide and, a must read not only for C-level managers but also for inclusion in curricula in business studies... brilliant in explaining the myths and realities of the various elements that are critical components of the supply chain."
- "If you are a novice to supply chain and often confused by conflicting definitions on what SCM is - and is not - read this book. If you are a supply chain practitioner and want some clear markers on designing a comprehensive supply chain strategy, read this book. David Jacoby's experience of over 20 years of strategic consulting on supply chain initiatives clearly comes through in this well-researched piece. The book very quickly jumps into the 4 key supply chain strategies - cost rationalization, demand-supply synchronization, customization and innovation - that organizations can pursue. And highlights early on the often forgotten point that while we can classify any function within an organizational silo, activities within them cannot be similarly silo-ed if we want to derive value. For instance, we often lump DC-Network design and an initiative such as cross-docking under the warehousing function. But how many of us look at the former activity through the lens of cost rationalization, and the latter as an enabler of synchronization? Insights, such as this, abound. The book frames the final few chapters with details on the organization structure, information systems framework and KPIs that must supplement each of these strategies. And that is when we truly comprehend the completeness of supply chain management. My only grouse is that the book went into too much of theory and detail toward the end. Maybe it was intentional, given the wide range of audience it aims to cater to. But if you can stifle some of those yawns and plough on, you will be enriched with a wealth of knowledge on how you must design, strategize, implement, measure and enhance your supply chain."
- "As a supply chain professional I found this book to be immensely helpful. It reduces important supply chain principles to quantifiable and applicable guidelines. A good read and a must for anyone looking to leverage value from your supply chain "
- "This is a great book that provides a concise yet thorough overview of supply chain management. It is educational and actionable – filled with well-supported arguments and excellent, illustrative anecdotes. The book is not just for supply chain professionals. It is for any business person that wants to help take their company to the next level. Having read it and written notes in the margins, I will keep it nearby as a reference guide."
- "This book is very informative for anyone wanting to know more about supply chain management. The examples cited, as well as the charts are extremely helpful. I believe anyone can benefit from reading this book whether or not they have direct responsibility for supply chain activities."
- "This book describes very well the ins and outs of what the Supply Chain concept encompasses. It gives an excellent global understanding and is very rich of examples from real life situations. I warmly recommend its reading.

- "An essential tool for C-level management and their senior managers. It is clear, balanced in its objectivity and useful for achieving rapid results."
- "A strategic breath of fresh air for executives who are tired of tactical how-to books on supply chain management. It provides simple, logical guidance on how companies should think about the people, processes and infrastructure they put in place to enable the supply chains that will deliver their future.
- "A pragmatic approach for turning supply chain into a strategic differentiator, along with a treasure chest of examples showing how successful companies have done it."
- "A real-world look at how leading companies are putting supply chain management into practice for proven competitive advantage. This guide definitely belongs in your business library."

In-Depth Book Review of 'Guide to SCM'

David Jacoby. *Guide to Supply Chain Management: How Getting it Right Boosts Corporate Performance (The Economist)*. Bloomberg Press, 731 Lexington Avenue, New York, NY 10022. Sept 9, 2009. 262 pages. ISBN: 978-1-57660-345-1. US $29.95.

First impressions can be very misleading. At a quick glance, *The Guide to Supply Chain Management* appears to be another book geared toward grabbing the eye of the CEO. But don't be deceived; this little book packs a significant punch! There is meat in this guide, presented in a straightforward organized way as an excellent reference for CEO and supply chain student as well. It is intended to get to the core of SCM by being clear, objective, relevant, and effective and includes numerous real world examples. In great measure, this book succeeds in solidly delivering on those goals.

The author matches years of experience with anecdotes, examples, and research derived from an impressive list of corporations, professional organizations, and academics. The book starts with a short history of SCM, highlighting the key problem of balancing supply and demand. Along the way, the author examines cost, security, legislative compliance, consumer safety, and environmental protection issues in making supply chain management the "hot topic" that it is today.

The focus of this guide though is on supply chain strategy. Supply chain strategy is an evolving and dynamic activity to which specific SCM tools, techniques, and metrics must be aligned. Even the organizational positioning of the supply chain function within the firm is critical to implementing a successful strategy. There is a clear distinction between supply chain management and supply chain strategy. Supply chain management provides customer benefit through increased efficiency, reliability, flexibility, and innovation. Supply chain strategy is all about putting these principles into action. Supply chain strategy flows from the business strategy and for successful firms, requires careful consideration.

This guide integrates that strategy through a framework containing four individual sequenced strategies – rationalisation, synchronisation, customisation, and innovation.

Rationalisation is the first strategy explored, focusing on low cost competition. Among the key elements discussed are strategic sourcing and outsourcing, lean manufacturing with all its familiar tenets, and product standardization and simplification. Consignment practices, vendor managed inventory, transportation mode selection, cross-docking, by-passing inventory tiers and equipment pooling are among the many other rationalisation techniques described in the text.

The follow-on strategy is synchronisation – competing on reliability of service. Techniques such as constraint management, just-in-time inventory, the Perfect Order, Make-to-Order practices, Sales and Operations planning, and risk management are among the techniques described in sychronisation, and in most cases, illustrated with real world examples.
Flowing from synchronisation is the customisation strategy or competing on customer intimacy. The guide highlights techniques such as control of the customer relationship, value analysis, and customer knowledge management and profitability management. Customisation places an emphasis on personal interactions and the goal of closely linking supply chain partners over time through value-adding services. Again, the author relies heavily on real world anecdotes and examples to illustrate these concepts.

The final strategy – which follows from customisation – is the innovation strategy or competing through a rapidly changing supply chain. Continuous feedback, product development, prototyping and product life-cycle management are among the practices described for successfully competing in an innovative environment. Firms that compete with innovative supply chains are identifiable not only by top tier positioning with the firm, but also by the amount of synergy and integration built into the organization.

The guide follows the strategy framework discussion with a chapter on organizing, training, and developing the staff to support each individual strategy. One of the highlights here is the linking of each supply chain strategy to the placement of SCM within the organizational structure of the firm. As strategy moves from rationalisation to innovation, the seat of the supply chain function moves closer to the top of the organization with the focus becoming more horizontal than vertical. Typical organization charts included here help to emphasize these points.

Of course, no strategy is workable without a set of enablers such as information technologies and metrics systems and the guide illustrates these using an enterprise resource planning system as the starting point. The book offers a selection of top-level corporate metrics as well as specific metrics linked to each strategy within the integrated framework. The guide concludes with an insightful discussion of the challenges for SCM in the future.

This guide covers a lot of territory, but does so in a very clear and objective manner. If the reader is looking for an in-depth discussion specific SCM techniques or strategic issues, this is not the text – there are other works that can provide that detail. But for corporate leadership or the SCM student looking to link the basics to a strategic framework, this guide in an excellent resource and would be a great addition to the practitioner's library.
Reviewed by

Ralph H. Sees, Ph.D.
Colonel (Ret), US Army
Instructor of Supply Chain & Information Systems
Smeal College of Business
The Pennsylvania State University
427 Business Building
University Park, PA
rhs6@psu.edu