# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| GREAT SOUTHLAND LIMITED, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-CV-00719 |
| | : | |
| v. | : | |
| | : | JUDGE MORRISON |
| LANDASH CORPORATION, et al., | : | |
| | : | MAGISTRATE JUDGE JOLSON |
| Defendant. | : | |

## DEFENDANTS XPO LOGISTICS, INC. AND XPO GLOBAL FORWARDING, INC.'S NOTICE OF FILING DEPOSITION TRANSCRIPTS

Defendants XPO Logistics, Inc. and XPO Global Forwarding, Inc. (collectively, "XPO") hereby serve notice of its filing of the deposition transcript of David Jacoby, dated July 9, 2021.

XPO also hereby files all the exhibits marked or referenced during the course of the deposition, noting that an Ex. 12 was never marked.

Respectfully submitted,

*/s/ Martha Brewer Motley*
Kimberly Weber Herlihy (0068668)(trial attorney)
Martha Brewer Motley (0083788)
Thomas J. Whaling (0096430)
Erica M. Rodriguez (0098711)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216
Phone: (614) 464-8283 Fax: (614) 719-5021
Email: kwherlihy@vorys.com  mbmotley@vorys.com
tjwhaling@vorys.com emrodriguez@vorys.com
*Counsel for Defendants XPO Logistics, Inc. &*
*XPO Global Forwarding, Inc.*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2021 a true and accurate copy of the foregoing Reply brief was sent to counsel of record via the Court's ECF system and to Mr. Baltagi and Mr. Adkins, via email, and will serve on December 27, 2021 via regular mail to:

Afif Baltagi
2308 Nantucket Drive, Apt. C
Houston, TX 77057

Jason Adkins
885 Sternberger Road
Jackson, Ohio 45640

                                              */s/ Thomas J. Whaling*
                                              Thomas J. Whaling (0096430)