# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GREAT SOUTHLAND LIMITED,**

    **Plaintiff,**    Case No.: 2:17-cv-719

    **vs.**    Judge Sarah D. Morrison

        Magistrate Judge Kimberly A. Jolson

**LANDASH CORPORATION,** *et al.*,

    **Defendants.**

## ORDER

Plaintiff Great Southland Limited moves to vacate the entry of default judgment against Defendant Jason Adkins. (ECF No. 317.) The motion is **GRANTED** and the default judgment against Mr. Adkins (ECF No. 155) is **VACATED**.

Great Southland moves to dismiss the remainder of its claims with prejudice and Defendants XPO Logistics, Inc. and XPO Global Forwarding, Inc. move to dismiss their cross-claims against Afif Baltagi without prejudice. (ECF No. 316.) The motion is **GRANTED** and the claims are **DISMISSED** as specified. Each party shall bear its own attorney's fees, costs, and expenses.

The Clerk shall terminate the case from the Court's docket.

**IT IS SO ORDERED**.

        s/Sarah D. Morrison
        **SARAH D. MORRISON**
        **UNITED STATES DISTRICT JUDGE**